1   GailAnn Y. Stargardter (Bar No. 250749)
     gstargardter@lslawoffices.com
2   LEHAVI STARGARDTER, LLP
  P.O. Box 5973
3   Orange, California 92863
  Telephone:   949.570.9575
4   Facsimile:   949.570.9580

5   Attorneys for Plaintiff
  ATAIN SPECIALTY INSURANCE
6   COMPANY

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   ATAIN SPECIALTY INSURANCE       Case No. 3:23-cv-00410
  COMPANY, a Michigan corporation,

12                      **ATAIN SPECIALTY INSURANCE**
          Plaintiff,              **COMPANY'S COMPLAINT FOR**

13                      **DECLARATORY RELIEF AND**
        v.                   **REIMBURSEMENT**

14

15   DANIEL BEN CURTIS, an individual doing
  business as TRIANGLE CONSTRUCTION;

16   TRIANGLE CONSTRUCTION TRI-VALLEY,
  INC., a California domestic stock corporation;

17   JAMES MERCER, an individual; and KRISTIN
  MERCER, an individual; and DOES 1 through

18   20, inclusive,

19           Defendants.

20

21       Plaintiff ATAIN SPECIALTY INSURANCE COMPANY for its Complaint against

22   Defendants DAN CURTIS, dba TRIANGLE CONSTRUCTION, TRIANGLE CONSTRUCTION

23   TRI-VALLEY, INC., JAMES MERCER, KRISTIN MERCER, and DOES 1 through 20, inclusive,

24   alleges as follows:

25                   **JURISDICTION AND VENUE**

26       1.      Jurisdiction of this action is founded upon Title 28 United States Code section 1332,

27   as there is complete diversity of citizenship between Plaintiff and Defendants in this matter and the

28   amount in controversy exceeds the sum of $75,000, exclusive of interest and cost. This Court also

1  has jurisdiction over this claim under the Declaratory Judgment Act (28 U.S.C. § 2201).

2        2.       Venue is proper in the Northern District of California, pursuant to Title 28 United

3  States Code section 1391(b)(1) and (c)(2) in that Defendants Dan Curtis dba Triangle Construction is

4  a resident of Pleasanton, California, Triangle Construction Tri Valley, Inc., is a California domestic

5  stock corporation with its principal place of business in Pleasanton, California, and James and

6  Kristen Mercer are residents of Livermore, California and are subject to this Court's personal

7  jurisdiction at the time this action is commenced. Venue is also proper in this district pursuant to

8  Title 28 United States Code section 1391(b)(2) as the insurance contract was issued to Triangle

9  Construction Tri Valley, Inc. in Pleasanton, California and the loss giving rise to this action occurred

10  in Livermore, California.

11                                        **PARTIES**

12        3.       Plaintiff Atain Specialty Insurance Company ("Atain") is a corporation organized and

13  incorporated under the laws of the State of Michigan, with its principal place of business in

14  Farmington Hills, Michigan.

15        4.       Defendant Dan Curtis is an individual residing in Pleasanton, California, doing

16  business as Triangle Construction.

17        5.       Defendant Triangle Construction Tri Valley, Inc. is a California domestic stock

18  corporation with its principal place of business located in Pleasanton, California.

19        6.       Defendant James Mercer is an individual residing in Livermore and is the owner of a

20  home located at 2022 Hall Circle, Livermore, California.

21        7.       Defendant Kristen Mercer is an individual residing in Livermore and is the owner of a

22  home located at 2022 Hall Circle, Livermore, California.

23                                 **GENERAL ALLEGATIONS**

24  A.    **Triangle and the Mercers Enter Into A Construction Contract**

25        8.       Dan Curtis either doing business as Triangle Construction or Triangle Construction

26  Tri-Valley, Inc. ("Triangle") entered into a home remodeling agreement with James and Kristen

27  Mercer (collectively referred to as "Mercers") on June 30, 2020, to remodel their home located at

28  2022 Hall Circle, Livermore, California ("Property").

9. Under the terms of the contract, Triangle was to demolish the existing kitchen, remove all flooring in the house, build a new fourth bathroom, update the electrical system, install cabinets and perform other work. The original contract price for this work was $179,416.43.

10. Triangle submitted additional estimates for work—change orders—in July, September and October of 2020.

11. After Triangle began work, the Mercers determined that it was failing to provide quality work at the Property and that the work it had performed put the Mercers' and their children's safety at issue.

12. The Mercers terminated the contract with Triangle on October 28, 2020. Triangle sought to be paid $36,271.83 it claimed it was still owed for work it had completed.

13. The Mercers hired a new contractor who reviewed the work performed by Triangle. The new contractor found additional problems with the work performed by Triangle. The new contractor provided a quote of $190,833 to fix and complete all work that should have been performed by Triangle.

14. On December 4, 2020, the Mercers demanded payment from Triangle in the amount to $95,416.50.

**B.** **Triangle Notifies Atain Of The Loss**

15. Triangle notified Atain of the Mercers' claim on January 26, 2021.

16. Atain acknowledged receipt of the loss to Triangle on January 29, 2021, and advised that it was "investigating this new matter and evaluating coverage pursuant to a full and complete reservation of rights."

17. Atain, through Dynamic Claims Services, investigated the loss.

**C.** **The Mercers File Suit Against Triangle**

18. The Mercers filed a lawsuit—*Mercer v. Triangle Construction Tri-Valley, Inc*., Case No. HG21095742, in Alameda County Superior Court on April 1, 2021 ("Underlying Action"). A true and correct copy of the Complaint filed in the Underlying Action is attached as **Exhibit A** hereto and incorporated herein by reference.

19. The Complaint in the Underlying Action alleges the Mercers discovered an exposed

1  and uncapped active gas line in the kitchen, in close proximity to a live electrical wire. Triangle

2  failed to properly lock and tag electrical breakers on the new sub panel and failed to label several

3  electrical breakers despite being asked to do so.

4      20.    The Complaint in the Underlying Action alleges Mercers discovered there were two

5  live breakers leading into bare and uninsulated, exposed Romex wiring within reach of their children

6  and exposed wiring in the kitchen. The double oven wiring leading to the double 40 amp circuit was

7  buried under the drywall installed by Triangle, the cabling was bare and uncapped. The cabling for

8  the hood vent was also found buried under the drywall and was live, bare, and uncapped.

9      21.    The Complaint alleges the Mercers found the following defects in the work

10  performed by Triangle:

11          a.    Framing in the shower in the new fourth bedroom was askew, requiring the
               shower to be torn out and reframed.
12

13          b.    The tile floor in the master bathroom was incomplete because tile had been
               incorrectly placed under the vanity requiring additional tile to be ordered.

14          c.    A negative slope was discovered in the master shower by the city inspector
               prior to installation of the tile, Triangle installed the tile over the negative
15              slope requiring the complete removal and replacement of the shower.

16          d.    Triangle incorrectly installed a large and heavy chandelier, failing to use
               seismic safety cabling that came with the fixture, requiring the chandelier to
17              be removed and rehung.

18          e.    Paint damaged by painter reinstalling doors and drawers before the paint was
               dry.
19
            f.    Paint in bedroom accent wall never corrected.
20
            g.    Bullnose on landing was incomplete.
21
            h.    Flooring in the kitchen, family room and children's room was incomplete.
22
            i.    Stairs were incomplete.
23
            j.    Triangle failed to install and maintain a temporary stair railing during
24              construction, putting subcontractors and family members at risk.

25          k.    Hall bathroom tile was installed crookedly.

26          l.    Triangle negligently placed raw materials on newly installed countertops
               causing risk of damage or defacement.
27
            m.    The cabinets, electrical trim out, plumbing trim out, and all finished were not
28              completed.

n.  The replacement of the car port plywood was incomplete.

o.  There were issues with the laundry room and downstairs bathroom, such as discolored countertops that had to be addressed by the new contractor.

22.  The Complaint in the Underlying Action alleges that Triangle's actions and failure to properly perform its work caused the Mercers significant financial damages.

23.  The Complaint in the Underlying Action asserts causes of action against Triangle for Breach of Contract, Breach of Warranty, Breach of the Implied Covenant of Good Faith and Fair Dealing, Negligence, and Declaratory Relief.

24.  The Complaint seeks damages, a declaration that the Mercers owe Triangle nothing under the contract, restitution from Triangle, interest, attorneys' fees and costs of suit.

D.  **Atain Provides A Defense Under A Reservation Of Rights**

25.  Atain was provided a copy of the Underlying Action on February 10, 2021.

26.  Atain notified Triangle that it would provide it with a defense to the Underlying Action subject to a full and complete reservation of rights, including the right to seek declaratory relief and the right to seek reimbursement of defense fees and costs incurred in defending Triangle against the claims asserted in the Underlying Action. A true and correct copy of Atain's reservation of rights letter dated February 10, 2021, is attached hereto as **Exhibit B** and incorporated herein by reference.

27.  Atain issued a supplemental reservation of rights letter to Triangle on September 2, 2022. A true and correct copy of Atain's reservation of rights letter dated September 2, 2022, is attached hereto as **Exhibit C** and incorporated herein by reference.

28.  As of the date of the filing of this Complaint, Atain has incurred $18,180.93. in defense fees and costs.

E.  **The Atain Policy**

29.  Atain issued Policy No. CIP406175 to Daniel Ben Curtis dba Triangle Construction for the policy period March 19, 2020 through March 19, 2021. A true and correct copy of Policy No. CIP406175 is attached hereto as **Exhibit D** and incorporated herein by reference.

30.  Policy No. CIP406175 provided commercial general liability coverage under

Commercial General Liability Coverage Form CG 00 01 (04/13). The Coverage A insuring agreement states:

> **SECTION I – COVERAGES**
>
> **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
>
> **1.    Insuring Agreement**
>
>> **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply….
>>
>> \* \* \*
>>
>> **b.**    This insurance applies to "bodily injury" and "property damage" only if:
>>
>>> **(1)**    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
>>>
>>> **(2)**    The "bodily injury" or "property damage" occurs during the policy period; and

31.    The Coverage A portions of the Atain policies contain the following exclusions:

> **2.    Exclusions**
>
>> This insurance does not apply to:
>>
>> \* \* \*
>>
>> **j.    Damage To Property**
>>
>> "Property damage" to:
>>
>> \* \* \*
>>
>>> **(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or
>>>
>>> **(6)**    That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.
>>
>> **k.    Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.      Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.      Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**      A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**      A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

32.      Policy No. CIP406175 includes the following endorsement:

**ENDORSEMENT AF 001 007 (06/2017)—COMBINED COVERAGE AND EXCLUSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

VI.      PROFESSIONAL SERVICES EXCLUSION

The following exclusion is added to Part 2. Exclusions of **SECTION I— COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILTY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY of the COMMERCIAL GENERAL LIABILITY FORM**.

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, demand or cause of action arising, in whole or in part, out of any claim involving the rendering or failure to render any "professional service."

Further, when any insured has purchased or obtained errors and/or omissions coverage or any other type of professional service coverage and the claim, in any way arises, in whole or part, out of the services performed by any insured, there shall be no duty to defend or indemnify under this policy. Whether or not such E&O or any other professional coverage has been purchased or obtained, however,

the first paragraph of this exclusion remains in full force and effect. "Professional Service" includes, but is not limited to, any of the following: (1) accountant; (2) architect; (3) engineer; (4) insurance agent or broker; (5) lawyer; (6) any medical professional; (7) real estate broker or agent; (8) surveyor; (9) health inspector; (10) safety inspector; (11) any service where the insured is retained or asked to render an opinion, written or verbal, to a third party; or (12) any other service that is of a professional nature, regardless of whether a license or certification is required.

33.     Policy No. CIP406175 includes the following provisions:

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.**     We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

* * *

**e.**     All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

34.     Policy No. CIP406175 includes the following Definitions:

**SECTION V – DEFINITIONS**

**8.**     "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.**     It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.**     You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

* * *

**13.**     "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

* * *

**16.**     "Products-completed operations hazard":

**a.**     Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)**     Products that are still in your physical possession; or

**(2)**     Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the

earliest of the following times:

    **(a)**    When all of the work called for in your contract has been completed.

    **(b)**    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)**    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**17.**    "Property damage" means:

    **a.**    Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.**    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.**    "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.**    An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.**    Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

* * *

**21.**    "Your product":

    **a.**    Means:

        **(1)**    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)**    You;

* * *

    **b.**    Includes:

        **(1)**    Warranties or representations made at any time with respect

to the fitness, quality, durability, performance or use of "your product"; and

**(2)**    The providing of or failure to provide warnings or instructions.

* * *

**22.**    "Your work":

**a.**    Means:

**(1)**    Work or operations performed by you or on your behalf; and

**(2)**    Materials, parts or equipment furnished in connection with such work or operations.

**b.**    Includes:

**(1)**    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)**    The providing of or failure to provide warnings or instructions.

## **FIRST CAUSE OF ACTION**

### **(Declaratory Judgment—No Duty to Defend <u>Triangle</u>)**

35.    For its first cause of action, Atain incorporates herein by reference, as if fully restated, paragraphs 1-34 above.

36.    The Coverage A insuring agreement requires Atain to defend Triangle against claims for damages because of "property damage" caused by an "occurrence."

37.    The Mercers claims for attorneys' fees and restitution are not "damages" as that term is used in a liability policy.

38.    The policy defines "property damage" as physical injury to tangible property, including all resulting loss of use of that property.

39.    Defective construction in and of itself, where no damage has occurred to other property, is not "property damage." The cost of repairing the insured's defective work is not "property damage."

40.    The Complaint in the Underlying Action attributes the following construction defects to Triangle:

a.    Insufficient tile to finish flooring due to tile being installed under cabinets.

b.    Removal and replacement of shower due to out of plumb framing and incorrectly installed shower pan.

c.    Reinstallation of chandelier improperly connected to wiring.

d.    Repainting of doors, drawers, and hardware due to their being reinstalled while wet.

e.    Complete installation of bullnose at stair landing.

f.    Complete installation of flooring in kitchen.

g.    Complete stairs.

h.    Remove and replace tile improperly installed in bathroom.

i.    Correction of damaged/defaced countertops.

j.    Complete installation of cabinetry, electrical trim, and plumbing trim.

k.    Complete replacement of plywood at carport.

These claims are not "property damage" as that term is defined by the Atain policy or California law.

41.    The Mercers claims for economic loss they sustained as result of Triangle's defective work is not "property damage" as that term is defined by the Atain policy or California law.

42.    Where the only damage to other portions of the structure do not result from the installation of the defective materials or work itself, but rather result from the remediation of the defective work performed by the insured, the cost of that remediation is not "property damage" as that term is defined by the Atain policy or California law.

43.    The Complaint alleges that Triangle installed tile over negative slope in the bathroom floor after being informed of the negative slope and without correcting the negative slope. This is not an "occurrence" as that term is defined by the Atain policy or California law.

44.    Because these claims do not fall within the scope of the Coverage A insuring agreement, Atain has no obligation to defend or indemnify Triangle against these claims, as a matter of law.

45.    To the extent that any work performed by Triangle or its subcontractors is deemed "property damage" all potential coverage for that "property damage" is eliminated by the Professional Services Exclusion and Exclusions j.(5), j.(6), k., l. and m.

46.    For the reasons set forth in Paragraphs 36 through 45 above, Atain contends that it has no duty to defend Triangle against the claims asserted in the Underlying Action.

47.    Atain is informed and believes that Triangle disputes each of Atain's contentions and asserts that, Atain is obligated to afford it a defense to the claims asserted in the Underlying Action.

48.    Atain therefore desires a judicial determination of its rights and liabilities, if any, and a declaration that it has no duty to defend Triangle with respect to any and all claims asserted against it in the Underlying Action.

49.    Such declaration is necessary and appropriate because Atain has no plain, speedy or adequate remedy at law, and by reason of such delay, will suffer great and irreparable injury in that it has and will continue to incur investigative costs and fees and defense costs and fees in defending against claims that are not covered under its policies. Such a declaration is appropriate in order that Atain and Triangle may ascertain their respective rights and duties under Policy No. CIP406175. Such controversy is incapable of resolution without judicial adjudication.

50.    If the Court determines that Atain owes a duty to defend under Policy No. CIP406175 for some, but not all, of the claims asserted against Triangle, Atain is entitled to and desires an allocation between covered and non-covered claims for payment of any attorney fees, costs, or investigative fees and costs incurred by it.

## SECOND CAUSE OF ACTION

### (Declaratory Judgment—No Duty to Indemnify Triangle or the Mercers)

51.    For its second cause of action, Atain incorporates herein by reference, as if fully restated, paragraphs 1-50, above.

52.    For the reasons set forth in Paragraphs 36-45 above, Policy No. CIP406175 does not afford any coverage for any settlements that may be entered into or any judgment that may be entered against Triangle with respect the Underlying Action.

53.    An actual controversy has arisen and now exists between Atain, on the one hand, and Triangle and the Mercers concerning their respective rights and duties under Policy No. CIP406175.

54.    Atain contends that it has no duty to indemnify Triangle or the Mercers against any settlement that may be entered into in the Underlying Action or to satisfy any judgment the Mercers

may receive in the Underlying Action and seek to enforce against Atain under California Insurance Code section 11580, subdivision (b).

55.    Atain is informed and believes that Triangle and the Mercers dispute each of Atain's contentions and contend that Atain is obligated to indemnify Triangle and the Mercers against the claims asserted in the Underlying Action and to satisfy any settlements or judgments that may be entered into or against Triangle in that Action.

56.    Atain therefore desires a judicial determination of its rights and liabilities, if any, and a declaration that it has no duty to indemnify Triangle against the claims asserted in the Underlying Action, to satisfy any settlements that may be entered into to resolve that Action, or to satisfy any judgment that may be entered against Triangle in that Action and which the Mercers may seek to enforce under California Insurance Code section 11580, subdivision (b).

57.    Such declaration is necessary and appropriate because Atain has no plain, speedy or adequate remedy at law, and by reason of such delay, will suffer great and irreparable injury. Such a declaration is appropriate in order that Atain, Triangle and the Mercers may ascertain their respective rights and duties under Policy No. CIP406175. Such controversy is incapable of resolution without judicial adjudication.

58.    If the Court determines that Atain owes a duty to indemnify Triangle or the Mercers under Policy No. CIP406175 for some, but not all, of the claims asserted against Triangle, Atain is entitled to and desires an allocation between covered and non-covered claims for payment of any settlements or judgments.

## **THIRD CAUSE OF ACTION**

### **(Reimbursement of Defense Fees and Costs–Against <u>Triangle</u>)**

59.    For its third cause of action, Atain incorporates herein, as if fully restated, paragraphs 1-58 above.

60.    In light of the fact that all of the costs and fees incurred in the defense of Triangle with respect to the claims asserted by the Mercers are not the responsibility of Atain inasmuch as there is no coverage for these claims under its policy, Atain is entitled to a full and complete reimbursement from Triangle of all such fees, costs, paid, incurred, or to be incurred, in connection

with the defense of these claims.

61.     Pursuant to *Scottsdale Ins. Co. v. MV Transportation*, 36 Cal.4th 643 (2005), *Blue Ridge Ins. Co. v. Jacobsen*, 25 Cal.4th 489 (2001), and other cases, Atain is entitled to recover damages from Triangle by way of reimbursement of all defense fees and costs incurred or to be incurred in connection with the Underlying Action in a sum which will be proved at trial.

62.     If the Court determines there is coverage under Policy No. CIP406175 for some, but not all, of the claims asserted against Triangle in the Underlying Action, Atain is entitled to and desires an allocation between covered and non-covered claims, if any.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff Atain prays for relief as follows:

1.     For a judgment that, by reason of the terms, conditions, and exclusions in Policy No. CIP406175, no duty to defend is owed to Triangle with respect to any claims asserted against it in the Underlying Action, as set forth in the First Cause of Action;

2.     For a judgment that, by reason of the terms, conditions, and exclusions in Policy No. CIP406175, no duty to indemnify is owed to Triangle or the Mercers with respect to the claims asserted in the Underlying Action, as set forth in the Second Cause of Action;

3.     For a judgment that Atain is entitled to reimbursement from Triangle for any and all sums expended in defense of the claims asserted in the Underlying Action, as set forth in the Third Cause of Action;

4.     If this Court declares that Policy No. CIP406175 applies to some but not all of the claims asserted against Triangle, Atain seeks a declaration allocating between covered and non-covered claims all fees, costs, expenses, settlements and/or judgments made in connection with the claims asserted in the Underlying Action;

6.     For an Order authorizing Atain to immediately withdraw from its defense of Triangle in the Underlying Action;

7.     For interest, including prejudgment interest on all defense fees and costs;

8.     As to all causes of action, for costs herein; and

/ / /

1        9.      For such other and further relief as this Court deems just and proper.

2   Dated: January 26, 2023          LEHAVI STARGARDTER, LLP

*/s/ GailAnn Y. Stargardter*
GailAnn Y. Stargardter
Attorneys for Plaintiff ATAIN SPECIALTY
INSURANCE COMPANY

EXHIBIT A

1  Craig A. Hansen (SBN 209622)
      Email: craig@hansenlawfirm.net
2  Collin D. Greene (SBN 326548)
      Email: collin@hansenlawfirm.net
3  HANSEN LAW FIRM, P.C.
   75 E. Santa Clara Street, Suite 1250
4  San Jose, CA 95113
   Telephone:    (408) 715-7980
5  Facsimile:    (408) 715-7001

6  Attorneys for Plaintiffs
   James Mercer and Kristin Mercer

7

8

9                SUPERIOR COURT OF CALIFORNIA

10                   COUNTY OF ALAMEDA

11

   JAMES MERCER AND KRISTIN MERCER,    Case No.  HG21095742
12  Individuals

13            Plaintiffs,              COMPLAINT FOR:

14      v.                            (1) BREACH OF WRITTEN
                                           CONTRACT;
15  TRIANGLE CONSTRUCTION TRI-
   VALLEY, INC., a California corporation, and  (2) BREACH OF WARRANTY;
16  DOES 1-10,
                                      (3) BREACH OF THE IMPLIED
17            Defendants.                   COVENANT OF GOOD FAITH
                                           AND FAIR DEALING;

18                                    (4) NEGLIGENCE;

19                                    (5) DECLARATORY RELIEF; AND

20                                    (6) UNJUST ENRICHMENT

21

22                                    JURY TRIAL DEMANDED

23

24

25

26

27

28

FILED
ALAMEDA COUNTY
APR 0 1 2021
CLERK OF THE SUPERIOR COURT
By _Alex R. Korenke Jr._
                            Deputy

FILE BY FAX

---

Complaint for Breach of Contract, Breach of
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.                    1                    CASE NO. _____

1    Plaintiffs James Mercer and Kristin Mercer allege as follows:

2                                    **PARTIES**

3        1.      At all times mentioned herein, Plaintiffs James Mercer and Kristin Mercer

4    (collectively, "Plaintiffs") were and are individuals, and residents of Alameda County, California.

5        2.      At all times mentioned herein, Defendant Triangle Construction Tri-Valley, Inc.

6    ("Triangle") was and is a licensed general contractor (CA License No. 882580) and corporation

7    organized and existing under the laws of the State of California, with its principal place of

8    business in Livermore, California.

9        3.      The true names and capacities, whether individual, corporate, associate or

10   otherwise of Defendants named herein as DOES 1-10, inclusive, are unknown to Plaintiffs who

11   therefore sue said Defendants by such fictitious names.  Plaintiffs are informed and believe, and

12   thereon allege, that each of the fictitiously named Defendants proximately caused damages to

13   Plaintiffs as alleged herein and/or is responsible for the acts complained of herein.  Plaintiffs will

14   seek leave of the Court to amend this Complaint when the true identities of such DOE Defendants

15   have been ascertained.

16       4.      Plaintiffs are informed and believe, and thereon allege that Defendants, and each

17   of them, were the agents, servants, employees, and co-conspirators of their co-defendants and

18   each of them, and in doing the things alleged herein were acting within the course and scope of

19   their authority as such agents, servants, employees, and co-conspirators and with the permission

20   and consent of their co-defendants, and each of them (collectively referred to herein as

21   "Defendants.")

22                          **JURISDICTION AND VENUE**

23       5.      Pursuant to Section G, "Dispute Resolution and Attorney's Fees," of the

24   agreement that is the subject of this Complaint, the American Arbitration Association has

25   jurisdiction over the claims and relief presented and requested herein.  Section G of that

26   agreement requires binding arbitration in accordance with the Construction Industry Arbitration

27   Rules.

28       6.      Plaintiffs and Triangle mutually agreed to waive arbitration for the claims and

---

Complaint for Breach of Contract, Breach of              2              CASE NO. _____
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.

1    relief presented and requested herein, and instead pursue such claims and relief in civil court.

2    **FACTUAL ALLEGATIONS**

3        7.    Plaintiffs own the real property located at 2022 Hall Circle, Livermore, CA 94550.

4        8.    Triangle entered into a home remodeling agreement with Plaintiffs on or about

5    June 30, 2020 (the "Agreement"), attached hereto as **Exhibit A**. The terms of the Agreement

6    required Triangle to complete a scope of remodeling work at Plaintiffs' home located at 2022

7    Hall Circle, Livermore, CA 94550 (the "Subject Property"), as outlined in the Agreement.

8        9.    Section II. of the Agreement provides the "General Scope of Work Description":

9
    1. Demo existing kitchen, kitchen flooring and sheetrock where
needed.

10
    2. Remove all flooring in the house.
    3. Build a new 4th bedroom bathroom per plans.

11
    4. Update electrical per code for the new layout.
    5. Remove existing master bathroom and build per plans.

12
    6. Install drywall where needed tape and texture the kitchen.
    7. Install cabinets per cabinet design.

13
    8. All other work is outlined in the original estimate.
    9. This bid was based upon the original outline of design and all

14
    new work not included in the original bid will be a change
order.

15
    10. Customer to provide all material;
    11. Contractor shall remove all debris resulting from the work listed

16
    above;

17        10.    The Agreement provided a "LUMP SUM PRICE FOR ALL WORK ABOVE" of

18    $179,416.43. It also contained a detailed payment schedule outlining when Plaintiffs were

19    supposed to make a particular payment amount upon completion of certain work.

20        11.    The Agreement further provides:

21        E. WARRANTY

22        Contractor provides a limited warranty on all Contractor and
Subcontractor supplied labor and materials used in this project

23        for a period of one year following substantial completion of all
work.

24

25        12.    Subsequently, Plaintiffs obtained from Triangle additional estimates for work

26    (change orders) dated July 8, 2020, July 21, 2020, September 18, 2020, and October 19, 2020,

27    attached hereto as **Exhibit B**.

28        13.    After Triangle began its work on the Subject Property, it became apparent that

Complaint for Breach of Contract, Breach of
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.           3           CASE NO. _____

EXHIBIT A - PAGE 18

1   Triangle was failing to provide quality work product. Due to Triangle's negligence and material

2   breaches of the Agreement, Plaintiffs terminated the Agreement on October 28, 2020. A copy of

3   the Notice of Termination, signed and acknowledged by Triangle, is attached as **Exhibit C**.

4   Plaintiffs then hired another contractor to correct and complete the work that Triangle failed to

5   perform under the Agreement.

6        14.    The most troubling errors that Triangle committed put the safety of Plaintiffs and

7   their children at risk. Specifically, OSHA 1926.850(c) provides that all electric, gas, water,

8   steam, sewer, and other service lines shall be shut off, capped, or otherwise controlled, outside the

9   building line before demolition work is started. Plaintiffs discovered an exposed and uncapped

10  active gas line in the kitchen, in close proximity to exposed and live electrical wire.

11       15.    Further, Triangle failed to properly lock and tag electrical breakers on the new sub

12  panel, and failed to label several electrical breakers, despite Plaintiffs asking Triangle to label

13  them on or about August 10, 2020.

14       16.    Additionally, Plaintiffs discovered on or about October 25, 2020 that there were

15  two live breakers leading to bare and uninsulated exposed Romex wiring, within reach of

16  Plaintiffs' children, as well as exposed outlets in the kitchen area. Plaintiffs had to act

17  immediately to remedy this dangerous wiring situation.

18       17.    In addition, on or about November 2, 2020, the double oven wiring leading to the

19  double 40-amp circuit was found buried under the drywall installed by Triangle. This cabling was

20  bare and uncapped and touching the drywall and wood framing.

21       18.    Furthermore, on or about November 9, 2020, the cabling for the hood vent was

22  found buried under the drywall installed by Triangle. This wiring was live, bare, uncapped and

23  connected to a switched-on unlabeled breaker at the sub panel.

24       19.    Among Triangle's other failures, it was discovered that the framing of the shower

25  in the new fourth bathroom was significantly askew. In particular, the length of the shower from

26  one end to another differed from one side to the other, to the degree of at least 1.25 inches. The

27  new contractor assessed this problem and determined the shower must be torn out and reframed

28  due to Triangle's poor workmanship.

Complaint for Breach of Contract, Breach of                    4                    CASE NO. _____
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.

20.     In the master bathroom, the floor tile was incomplete due to it being incorrectly placed under the vanity. As such, there was not enough tile to finish the floor and additional tile had to be ordered. The new contractor called for a building inspection from the City of Livermore and on November 17, 2020 a negative slope was discovered in the completed master shower floor pan. The negative slope in the master shower was noted on the permit by a city inspector on July 29, 2020 and August 7, 2020 prior to tile installation, but Triangle failed to properly address the issue before installing the tile. As the removal of the shower pan will compromise the waterproofing, the new contractor determined that the full shower had to be replaced in order to ensure that the shower will not leak in the future.

21.     Triangle also personally installed a rather large (and heavy) entry way chandelier. Triangle misrepresented to Plaintiffs about replacing the electrical box it was to hang from and then proceeded to install it incorrectly, completely disregarding the use of the seismic safety cabling that came with the lighting fixture. Plaintiffs' new electrician proceeded to remedy the situation at additional expense.

22.     Below is a non-exhaustive list of additional issues that either needed to be fixed or completed due to Triangle's failures:

    A.  Paint was damaged due to the painter installing the doors, drawers, and hardware before the paint on the doors and drawers of the cabinets could cure properly;

    B.  The paint on the bedroom 2 accent wall was never corrected, despite multiple requests from Plaintiffs;

    C.  The bullnose at the landing upstairs was incomplete;

    D.  The flooring in the kitchen, family room, and part of the children's room was incomplete;

    E.  The stairs were incomplete;

    F.  Failure to install and maintain temporary stair rail during construction, putting sub-contractors and family members at risk;

    G.  Hall bathroom tile installed crooked after multiple attempts;

    H.  Negligent placement of raw materials on newly installed countertops causing risk or damage and defacement;

Complaint for Breach of Contract, Breach of
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.       5       CASE NO. _____

EXHIBIT A - PAGE 20

I.  The cabinets, electrical trim out, plumbing trim out, and all finishes were incomplete;

J.  The replacement of the car port plywood coverings was incomplete; and

K.  There were a multitude of issues with the laundry room and downstairs bathroom, such as the discolored countertops, that needed to be addressed by the new contractor.

23.     Triangle acknowledged some of these issues in an October 26, 2020 8:20 am email to Plaintiffs, stating that Triangle's tile setter and countertop fabricator "have really made things horrible for Triangle." This email is attached hereto as **Exhibit D**.

24.     After the termination of the Agreement, Triangle emailed Plaintiffs on October 31, 2020 stating that of the $179,416.43 contemplated under the Agreement, $121,000 was paid and $58,416.43 remained. Triangle stated Plaintiffs' credit was for $44,209.40 on the original contract, and thus they owed $14,207.03 for the work completed. Triangle also claimed Plaintiffs owed $214.51 for the first change order, $3,321.00 for the second change order, $700.00 for the third change order, and $14,219.70 for the fourth change order (for a total of $18,455.21). Adding these amounts up, Triangle claimed that Plaintiffs owed a total of $46,881.94 to Triangle. Triangle then stated that it would subtract the costs for the fourth bathroom tile order ($3,135.11), the labor for the tile install in the fourth bathroom ($6,190.00), and the labor for the tile install in the upstairs hall bath ($1,285.00). Subtracting these costs, Triangle claimed Plaintiffs owed a final total of $36,271.83 to Triangle.

25.     Plaintiffs vehemently disagree with Triangle's analysis. Plaintiffs expressed their disagreement to Triangle immediately and requested that Triangle provide line item detail for its calculations.

26.     Triangle refused this request, telling Plaintiffs that "[i]t didn't take much time at all" and "[y]ou can do the same thing I did…" Line item corrections were then provided by Plaintiffs by their own effort and accord.

27.     However, further investigation by Plaintiffs' new contractor continued to reveal additional problems with Triangle's work. Triangle only completed, at most, 50% of the work

1    contemplated by the Agreement and subsequent change orders.

2        28.    The new contractor provided a quote of $190,833 to fix and complete all the work

3    that should have been completed properly by Triangle, including the latest findings and electrical

4    safety evaluations and remediation.

5        29.    Plaintiffs do not yet have the benefit of discovery of information uniquely in

6    Triangle's exclusive possession and control and reserve the right to amend this Complaint to add

7    additional claims or relief. Moreover, Plaintiffs may discover additional defects in the work

8    performed by Triangle.

9        30.    Triangle's actions and failures to properly perform have caused Plaintiffs

10    significant financial damages.

11                        **CAUSES OF ACTION**

12                        **First Cause of Action**

13                        **(Breach of Written Contract)**

14        31.    Plaintiffs incorporate by reference the allegations in the preceding paragraphs of

15    this Complaint as if fully set forth herein.

16        32.    There is a valid and enforceable contract between Plaintiffs and Triangle, namely

17    the Agreement.

18        33.    Plaintiffs performed each and every promise and condition required to be

19    performed by them pursuant to the Agreement, except those that were excused by the breaches of

20    Triangle, as set forth herein.

21        34.    Triangle materially breached its obligations to Plaintiffs under the Agreement as

22    alleged herein, including the failure to complete the scope of work in a safe and timely manner.

23        35.    As a direct and proximate result of Triangle's breaches, Plaintiffs have been

24    damaged in an amount to be proven, but believed to be in excess of $95,000. Plaintiffs are also

25    entitled to attorneys' fees and costs pursuant to the express terms of the Agreement.

26                        **Second Cause of Action**

27                        **(Breach of Warranty)**

28        36.    Plaintiffs incorporate by reference the allegations in the preceding paragraphs of

---

Complaint for Breach of Contract, Breach of          7          CASE NO. _____
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.

1  this Complaint as if fully set forth herein.

2      37.    The Agreement contains a written warranty by Triangle that its work under the

3  agreement would be performed in a good and workmanlike manner (the "Warranty").

4      38.    Triangle materially breached its obligations to Plaintiffs under the Warranty by

5  failing to perform its work in a good and workmanlike manner.

6      39.    As a direct and proximate result of Triangle's breaches of warranty, Plaintiffs have

7  been damaged in an amount to be proven, but believed to be in excess of $95,000. Plaintiffs are

8  also entitled to attorneys' fees and costs pursuant to the express terms of the Agreement.

9                              **Third Cause of Action**

10          **(Breach of the Implied Covenant of Good Faith and Fair Dealing)**

11      40.    Plaintiffs incorporate by reference the allegations in the preceding paragraphs of

12  this Complaint as if fully set forth herein.

13      41.    The Agreement contained an implied covenant of good faith and fair dealing

14  whereby, among other things, Triangle was required to use good faith in its performance of and

15  compliance with the Agreement.

16      42.    Specifically, the implied covenant of good faith and fair dealing obligated Triangle

17  to complete its work in a safe and efficient manner.

18      43.    Plaintiffs performed all of their material obligations under the Agreement,

19  including making payments in a timely manner, except where Plaintiffs' obligations were excused

20  by Triangle's breaches.

21      44.    Triangle breached the duty of good faith and fair dealing by, among other things,

22  failing to complete its work in a safe and efficient manner.

23      45.    As a direct and proximate result of Triangle's breach, Plaintiffs have suffered

24  damages in an amount to be proven.

25                             **Fourth Cause of Action**

26                                  **(Negligence)**

27      46.    Plaintiffs incorporate by reference the allegations in the preceding paragraphs of

28  this Complaint as if fully set forth herein.

---

Complaint for Breach of Contract, Breach of
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.

8

CASE NO. _____

47.     In performing the services as alleged herein, Defendants had a duty to perform those services in a manner consistent with the level of skill exercised by similar licensed contractors in the industry. Triangle had a further duty to supervise its subcontractors to ensure that they performed their services in a competent and acceptable manner.

48.     Defendants acted negligently in performing their services, and Triangle acted negligently in supervising the work of its subcontractors as such services were performed in a shoddy and substandard manner.

49.     As a direct and proximate result of Defendants' negligence, Plaintiffs have suffered damages in an amount to be proven.

## Fifth Cause of Action

### (Declaratory Relief)

50.     Plaintiffs incorporate by reference the allegations in the preceding paragraphs of this Complaint as if fully set forth herein.

51.     A dispute has arisen between Plaintiffs and Triangle under which Triangle, on the one hand, asserts that Plaintiffs owe money to Triangle for services performed and agreed to under the Agreement, and Plaintiffs, on the other hand, deny that they owe any money to Triangle.

52.     Plaintiffs ask for a judicial declaration that they owe no money to Triangle for any services performed at the Subject Property.

## Sixth Cause of Action

### (Unjust Enrichment)

53.     Plaintiffs incorporate by reference the allegations in the preceding paragraphs of this Complaint as if fully set forth herein.

54.     Triangle received a benefit from Plaintiffs paying approximately $121,000 to Triangle.

55.     Triangle retained all $121,000, despite its failures to complete the contemplated scope of work agreed upon with Plaintiffs.

56.     As a result of Triangle's conduct, Plaintiffs are entitled to receive an award in the

Complaint for Breach of Contract, Breach of Warranty, Breach of Implied Covenant of Good Faith and Fair Dealing, etc.                9                CASE NO. _____

EXHIBIT A - PAGE 24

1    amount to be proven that Triangle has been unjustly enriched.

2                                    **PRAYER**

3        Wherefore, Plaintiffs pray for judgment against Defendants as follows:

4        1.  Damages in an amount according to proof;

5        2.  A declaration that Plaintiffs owe nothing by way of the contract and that Triangle

6            owes Plaintiffs under the contract;

7        3.  Restitution;

8        4.  Interest on the damages;

9        5.  Attorney's fees;

10       6.  Costs of suit; and

11       7.  For such other and further relief as the court may deem just and proper.

12

13   DATED: March 31, 2021                HANSEN LAW FIRM, P.C.

14                                        By: _____

15                                            CRAIG A. HANSEN
                                             COLLIN D. GREENE
16                                           Attorneys for Plaintiffs
                                             James Mercer and Kristin Mercer
17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Breach of Contract, Breach of          10          CASE NO. _____
Warranty, Breach of Implied Covenant of
Good Faith and Fair Dealing, etc.

**EXHIBIT A - PAGE 25**

EXHIBIT B



**Atain Insurance Companies**
**220 Kaufman Financial Center**
**30833 Northwestern Hwy.**
**Farmington Hills, MI 48334**
**800.347.6658**
**www.atainins.com**

February 10, 2021

***Via First Class U.S. Mail***
Mr. Daniel Curtis
Triangle Construction
P.O. Box 34
Pleasanton, CA  94566

RE:    *James and Kristin Mercer v. Daniel Curtis d/b/a Triangle Construction*
   AAA Complaint No.:       TBD
   CSLB Complaint No.:      N A 2020005550
   Atain Claim No.:             00036115
   Policy No.:                      CIP406175 (effective 03/19/20 – 03/19/21)

### RESERVATION OF RIGHTS

Dear Mr. Curtis:

Atain Specialty Insurance Company ("Atain") issued the above Commercial General Liability Policy to you with the effective dates of coverage outlined above. Atain is in receipt of a Demand for Arbitration that James and Kristin Mercer filed against you in with the American Arbitration Association, as well as the separate complaint the Mercers filed against you with the California State Licensing Board (collectively referred to herein as the "Mercer Lawsuit"). The Mercer Lawsuit was filed as a result of alleged defective construction work you performed at the Mercer home, located at 2022 Hall Circle in Livermore, California.

Please be advised that Atain will provide you with a defense of the Mercer Lawsuit. The defense Atain is providing to you will be pursuant to a **RESERVATION OF RIGHTS**, as outlined in greater detail below. Atain has appointed Ms. Colette F. Stone, Esq. of the law firm Stone & Associates in Walnut Creek, California to represent you in this matter. Please extend full cooperation to Ms. Stone and her colleagues in their handling of this matter on your behalf. Ms. Stone, or an associate in her law firm, will be in touch with shortly regarding the Mercer Lawsuit. In the meantime, please feel free to contact Ms. Stone at (925) 938-1555.

*I.*    ***The Atain Policy***

Atain issued Policy CIP406175 to you with effective dates of March 19, 2020 to March 19, 2021 (the policy is referred to herein as "the Atain Policy" or "the Policy"). The Policy provides limits of liability for covered claims of $1,000,000 per occurrence, with a general aggregate limit of $2,000,000 and a $500 per claim deductible. The Policy contains an insuring agreement, exclusions, liability conditions and definitions which state, in relevant part, the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.



**Atain Insurance Companies**
**220 Kaufman Financial Center**
**30833 Northwestern Hwy.**
**Farmington Hills, MI 48334**
**800.347.6658**
**www.atainins.com**

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us", and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.    **Insuring Agreement**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result . . .

                   \*   \*   \*

    **b.**    This insurance applies to "bodily injury" and "property damage" only if:

        **(1)**    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(2)**    The "bodily injury" or "property damage" occurs during the policy period . . .

                   \*   \*   \*

2.    **Exclusions**

    This insurance does not apply to:

                   \*   \*   \*

    **b.**    **Contractual Liability**

        "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement…

                   \*   \*   \*



**Atain Insurance Companies**
**220 Kaufman Financial Center**
**30833 Northwestern Hwy.**
**Farmington Hills, MI 48334**
**800.347.6658**
**www.atainins.com**

k.      **Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l.      **Damage to Your Work**

"Property Damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a sub-contractor.

m.     **Damage to Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)     A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)     A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use or other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

\* \* \*

**SECTION V-DEFINITIONS**

\* \* \*

8.      "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

a.      It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b.      You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

\* \* \*

13.     "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\* \* \*



**Atain Insurance Companies**
**220 Kaufman Financial Center**
**30833 Northwestern Hwy.**
**Farmington Hills, MI 48334**
**800.347.6658**
**www.atainins.com**

17.     "Property Damage" means:

    **a.**     Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.**     Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

* * *

21.     "Your product" means:

    **a.**     Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        **(1)**     You;

        **(2)**     Others trading under your name; or

        **(3)**     A person or organization whose business or assets you have acquired . . .

* * *

22.     "Your work" means:

    **a.**     Means:

        **(1)**     Work or operations performed by you or on your behalf; and

        **(2)**     Materials, parts or equipment furnished in connection with such work or operations.

    **b.**     Includes:

        **(1)**     Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)**     The providing of or failure to provide warnings or instructions.

* * *

    In addition, the Atain Policy contains an endorsement that may be applicable to the Mercer Lawsuit and which states, in relevant part, the following:

**VI.     PROFESSIONAL SERVICES EXCLUSION**

The following exclusion is added to Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Part **2. Exclusions** of **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** of the **COMMERCIAL GENERAL LIABILITY FORM**:



**Atain Insurance Companies**
**220 Kaufman Financial Center**
**30833 Northwestern Hwy.**
**Farmington Hills, MI 48334**
**800.347.6658**
**www.atainins.com**

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, demand or cause of action arising, in whole or in part, out of any claim involving the rendering or failure to render any "professional service."

Further, when any insured has purchased or obtained errors and/or omissions coverage or any other type of professional insurance coverage and the claim, in anyway arises, in whole or in part, out of the services performed by any insured, there shall be no duty to defend or indemnify under this policy. Whether or not such E&O or any other professional coverage has been purchased or obtained, however, the first paragraph of this exclusion remains in full force and effect.

"Professional Service" includes, but is not limited to, any of the following: (1) accountant; (2) architect; (3) engineer; (4) insurance agent or broker; (5) lawyer; (6) any medical professional; (7) real estate agent or broker; (8) surveyor; (9) health inspector; (10) safety inspector; (11) any service where an insured is retained or asked to render an opinion, written or verbal, to a third-party; or (12) any other service that is of a professional nature, regardless of whether a license or certification is required.

\* \* \* \* \* \* \* \*

## II.     *Atain Specialty Insurance Company's Reservation of Rights*

Please be advised that you may not be entitled to insurance coverage to the extent it is determined that the Mercer Lawsuit does not involve "property damage" that occurred during the effective period of the Atain Policy, as required by the **Insuring Agreement** of the Policy. Further, you will not be entitled to coverage to the extent any of the Exclusions set forth in section **2.** of the Commercial General Liability Coverage Form apply to the Mercer Lawsuit including, but not limited to, exclusions **b.**, **k.**, **l.**, and/or **m**.  Further, you will not be entitled to coverage under the Policy to the extent the above **PROFESSIONAL SERVICES EXCLUSION** applies to the Mercer Lawsuit.

Finally, as to any award, fine or other monetary sanction the CSLB may enter against you in connection with any future CSLB hearing, Atain will evaluate any CSLB award/sanction entered in those proceedings and make a determination as to whether you are entitled to coverage under the Atain Policy. Atain reserves its right to decline to pay any fines or penalties that may be imposed against you by CSLB or any other entity on the basis that fines and penalties are not "damages" within the meaning of the Atain Policy. The term "damages" as used in a liability policy contemplates payment of money to compensate a plaintiff for injuries sustained as a result of a civil wrong. An order to pay civil fines or penalties does not constitute a claim for damages within the meaning of a liability policy. Thus, you may not be entitled to coverage for any award/sanction entered after any future CSLB hearing.



**Atain Insurance Companies**
**220 Kaufman Financial Center**
**30833 Northwestern Hwy.**
**Farmington Hills, MI 48334**
**800.347.6658**
**www.atainins.com**

As indicated, Atain Specialty Insurance Company agrees to participate in your defense of the Mercer Lawsuit subject to the **RESERVATION OF RIGHTS** outlined above. Atain has appointed Ms. Colette F. Stone, Esq. of the law firm Stone & Associates in Walnut Creek, California to represent you in this matter. Please extend full cooperation to Ms. Stone and her colleagues in their handling of this matter on your behalf.

The above cited policy language does not constitute an exhaustive or complete recitation of all potentially relevant exclusions or coverage limiting provisions within Atain Policy CIP406175. Atain expressly reserves the right to amend its **RESERVATION OF RIGHTS** to assert the application of any other relevant exclusion, policy provision or defense in equity or at law, which may be available in connection with the Mercer Lawsuit.

Atain reserves the right to initiate a Declaratory Judgment action seeking judicial determination that Atain has no legal obligation to defend or indemnify you with respect to the Mercer Lawsuit. Atain also reserves the right to withdraw its defense and seek a recovery of any defense costs incurred should it be determined the duty to defend or indemnify does not exist with respect to the Mercer Lawsuit.

Atain Specialty Insurance Company is committed to the prompt and fair handling of all claims for coverage. If you believe that Atain has erred in its handling of this claim, you may request review of this matter by the California Department of Insurance. Any such request should be directed as follows:

California Department of Insurance
Claims Service Bureau
11th Floor, 200 South Spring Street
Los Angeles, CA  90013
1-800-927-4357

Finally, in the event you have additional information which might have a bearing on the coverage position outlined herein, please forward it at the earliest opportunity for further consideration. You are strongly urged to present notice of the Mercer Lawsuit to any and all other potential sources of insurance coverage.

Sincerely,
**Atain Specialty Insurance Company**

*Jeffrey C. Ditmar*

Jeffrey C. Ditmar, Esq.
Senior Claims Director
(248) 626-3664
jcditmar@atainins.com

cc:     *Via Email*
        TWFG/Roger Larson

        *Via Email*
        Ms. Colette Stone, Esq.

EXHIBIT C



# LEHAVI STARGARDTER, LLP

**P.O. Box 5973, Orange, CA 92863 ♦ Ph: (949) 570-9575 ♦ Fax: (949) 570-9580**

*llehavi@lslawoffices.com*          *gstargardter@lslawoffices.com*

September 2, 2022

**V**IA EMAIL ONLY TRIANGLECONSTRUCTION@GMAIL.COM

Mr. Daniel Curtis
Triangle Construction
P.O. Box 34
Pleasanton, CA 94566

Re:     *James & Kristen Mercer v. Daniel Curtis dba Triangle Construction*
         Alameda County Superior Court Case No. HG21095742
         Atain Claim No.  00036115
         Policy No.:      CIP406175

Dear Mr. Curtis,

I represent Atain Specialty Insurance Company ("Atain") as coverage counsel with respect to the claims asserted against Triangle Construction ("Triangle") by James and Kristen Mercer. The Mercers seek to recover damages due to Triangle's failure to properly perform remodeling work at their home.

By letter dated February 10, 2021, Atain notified Triangle that it would provide it with a defense to the Mercers' claims subject to a reservation of rights. Atain appointed Colette Stone and the law firm of Stone & Associates to represent Triangle.

Atain's reserved its rights to decline coverage for the Mercers' claims as the claimed damage was not "property damage" as that term is defined by the Atain policy or California case law and based on the following exclusions in the policy issued to Triangle: Exclusion b. (Contractual Liability); Exclusion k. (Damage to Your Product"); Exclusion l. (Damage to Your Work"); Exclusion m. (Impaired property); and the Professional Services Exclusion, which eliminates all coverage for liability or claims arising out of Triangle' rendering of or failure to render the services it was hired to perform. Atain notified Triangle that the policy did not provide coverage for fines or penalties that might be assessed against Triangle.

Atain reserved its rights to: (1) amend its reservation of rights to add additional coverage defenses; (2) to seek a judicial determination of its rights and obligations under the policy; to withdraw from the defense of Triangle; and (4) to seek reimbursement of defense fees and costs paid to defend Triangle against the Mercer's claims.

**Exhibit C - PAGE 32**

Mr. Daniel Curtis
September 2, 2022
Page 2

The purpose of this letter it to advise you of additional coverage defenses on which Atain is reserving its rights.

**<u>The Loss</u>**

Triangle was hired to perform a remodel at the Mercer's home. The contract was signed in June of 2020. During the remodel, the Mercers were living in another house down the street while the remodel was being performed. The Mercers discovered safety issues—uncapped gas lines, exposed electrical lines and also had issues about how some of the work was performed. After paying Triangle $121,000, the Mercers fired Triangle, and hired new contractors to repair the work incorrectly performed by Triangle and its subcontractors.

The Mercers seek the cost to complete the Project, the cost to remove and repair defective work performed by Triangle—$230,189.00, restitution of the $121,000 paid to Triangle, loss of use damages in the amount of approximately $20,7612.95 and attorney fees. The amount of attorneys' fees is unknown at this time. The also seek pre-judgment interest, which is believed to be approximately $20,000.00.

**<u>Atain's Coverage Position</u>**

Atain continues to assert that most, if not all of the construction defects attributed to Triangle's work on the Project are not "property damage" as that term is defined by California law. The policy defines "property damage" as physical injury to tangible property, including all resulting loss of use of that property. "Property damage" exists when the insured's poor workmanship results in physical injury to another's work or another portion of the property. *Maryland Cas. Co. v. Reeder*, 221 Cal.App.3d 961, 971 (1990). California courts consistently hold that coverage does not exist where the only damage is the defective construction itself, and damage to *other* property has not occurred. Under California law, the cost of repairing the insured's defective work is not "property damage." *Monticello Ins. Co. v. Essex Ins. Co.,* 162 Cal.App.4th 1376, 1379 n.1 (2008); *New Hampshire Ins. Co. v Vieira*, 930 F.2d 696 (9th Cir. 1991).

Additionally, where the only damage to other portions of the structure do not result from the installation of the defective materials or work itself, but rather result from the remediation of the defective work performed by the insured, the cost of that remediation is not "property damage" within the meaning of a commercial general liability ("CGL") policy. *F & H Construction,* 118 Cal.App.4th 364, 373 (2004); *Regional Steel Corp. v. Liberty Surplus Ins. Co.*, 226 Cal.App.4th 1377, 1393 (2014); and *St. Paul Fire & Marine Ins. Co. v. Coss,* 80 Cal.App.3d 888, 892 (1978).

Economic damage caused by delays in construction, diminution in value or loss of the benefit of a bargain is not "property damage" within the meaning of a liability policy. See, *Waller v. Truck Insurance Exchange,* 11 Cal.4th 1, 17 (1995) (holding the focus of coverage for

**Exhibit C - PAGE 33**

Mr. Daniel Curtis
September 2, 2022
Page 3

"property damage" is the property itself, not intangible economic losses, or nonperformance of contractual obligations).

Atain believes that, to the extent any covered "property damage" has occurred, including any damages due to loss of use, all coverage for those damages is eliminated by Exclusions k., l., m., and the Professional Services Exclusion. Each of these exclusions has been upheld and applied by California courts.

## <u>ADDITIONAL RESERVATION OF RIGHTS</u>

Atain wishes to advise you that in addition to the coverage defense raised in its letter of February 10, 2021, the following coverage defenses also apply to the Mercer's claims:

**2.**      **Exclusions**

This insurance does not apply to:

**j.**      **Damage To Property**

"Property damage" to:

* * *

**(5)**      That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**      That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Exclusions j.(5) and j.(6) are known as "the faulty workmanship exclusions" as they preclude coverage for deficiencies in the insured's work. *Clarendon America Ins. Co. v. General Security Indem. Co. of Arizona,* 193 Cal.App.4th 1311, 1325 (2011); *American Home Assur. Co. v. SMG Stone Co.,* 119 F.Supp.3d 1053, 1062 (N.D. Cal. 2015) [applying California law].

Exclusion j.(5) precludes coverage for "property damage" to that particular part of any real property on which Triangle or its subcontractors were working <u>directly or indirectly</u>, if the "property damage" arises out of Triangle's operations. *Global Modular, Inc. v. Kadena Pacific, Inc.,* 15 Cal.App.5th 127, 136-137 (2017). The exclusion explicitly applies to works in progress. *Id.* at 137.

Exclusion j.(6) precludes coverage for "property damage" to that particular part of any property that must be restored, repaired, or replaced because Triangle's work was incorrectly

**Exhibit C - PAGE 34**

Mr. Daniel Curtis
September 2, 2022
Page 4

performed. This exclusion also only applies to damage occurring during the insured's ongoing operations.

Atain reserves its right to decline coverage for the claims asserted against Triangle based on Exclusions j. (5) and j.(6).

The Atain policy contains the following provisions:

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

* * *

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

Additionally, attorney fees are not damages. *Cutler-Orsi Unified School Dist. v. Tulare County School Distrs. Liability/Property Self Ins. Auth.,* 31 Cal.App.4th 617, 631 (1994), citing *AIU Ins. Co. v. Superior Court*, 51 Cal. d 807, 825-828 (1990) [attorney fees do not compensate plaintiffs for the injuries that brought them into court, hence attorney fees are inconsistent with the concept of damages as the term is used in its ordinary and popular sense].

The Mercers seek to recover attorneys fees they incurred in pursuing their claims against Triangle. The Atain policy provides no coverage for attorney fees. Atain reserves its right to decline coverage for the Mercers' attorney fees.

The term "damages" means compensation in money recovered by a party for loss or detriment suffered through the acts of another. *AIU Ins. Co., supra*, 51 Cal.3d at 826. Insurable damages do not include disgorgement or restitution of monies wrongfully acquired. *Bank of the West v. Sup. Court*, 2 Cal.4th 1254, 1266 (1992). Atain reserves its right to decline coverage for the $121,000.00 the Mercers seek as restitution from Triangle.

Atain believes that none of the claims asserted against Triangle are covered by Policy No. CIP406175.

Atain continues to expressly reserve the right to resolve any coverage issues between it and Triangle by a suit for declaratory or other relief. If it is determined that the Mercers' claims are not covered by the Atain policy, Atain continues to reserve its right to seek reimbursement from Triangle for any sums paid by it as defense fees and costs.

**Exhibit C - PAGE 35**

Mr. Daniel Curtis
September 2, 2022
Page 5

Atain also reserves its right to seek reimbursement of any settlement for uncovered claims paid on behalf of Triangle, or any amount it pays to satisfy any judgment that includes uncovered claims that may be entered against Triangle in the Mercer Action.

If Atain enters into a settlement on behalf of Triangle, and if Atain intends to seek reimbursement from Triangle for the amount paid by Atain as part of such settlement, Atain will inform Triangle of the settlement offer and will seek Triangle's acknowledgement that the settlement sum is reasonable. Atain will also seek from Triangle an agreement that the Mercers should be paid the settlement amount. Under those circumstances, if Triangle does not consent to the settlement, it will be given the opportunity to assume the defense of the instant action.

Payment of settlements and/or judgments and defense fees and costs by Atain shall not constitute a waiver of Atain's right to seek later reimbursement of such amounts paid in the form of a settlement, to satisfy a judgment, or for defense fees and costs on the ground that there is no duty to defend or indemnify all or a portion of the instant action.

Atain reserves any and all rights, including but not limited to subrogation, contribution and/or indemnity against other insurers, entities, or persons, to which it is entitled as provided for under the policies, by law and/or equity. Further, Atain reserves any and all such rights which it is entitled to, including but not limited to the right to hold Triangle responsible and/or liable to the extent it has or will enter into any agreements, releases, and settlements and to the extent any such agreements, releases, or settlements limit and/or interfere with Atain's rights of subrogation, contribution and/or indemnity by law or equity.

## <u>CONCLUSION</u>

This letter has advised Triangle of the additional grounds upon which Atain may rely as coverage defenses. Atain will be present at the September 8, 2022 mediation. Atain is willing to contribute to a settlement of the Mercers' claims, but the amount of that contribution will be limited due to the lack of coverage for the claims asserted against Triangle under Policy No. CIP406175.

If the case does not settle at mediation or shortly thereafter, Atain will file a Declaratory Relief Action seeking a judicial determination that it has no obligation to defend or indemnify Triangle against the claims asserted in the Mercer Action. Triangle may wish to consult with counsel of its own choosing, at its own expense, and consider whether it wishes to contribute any of its own funds toward the settlement of the Mercer's claims.

Neither the writing of this letter nor the investigation conducted into this claim constitutes a waiver of any of the other terms, conditions, limitations, or exclusions contained in the Atain policy. All such terms, conditions, limitations, and exclusions are expressly reserved.

**Exhibit C - PAGE 36**

Mr. Daniel Curtis
September 2, 2022
Page 6

       If Triangle believes Atain has erred in its handling of this claim it may request review of this matter by the California Department of Insurance. Any such request should be directed as follows:

California Department of Insurance
Claims Service Bureau
11th Floor, 200 South Spring Street
Los Angeles, CA 90013
1-800-927-4357

       If after reviewing this letter you have any questions, please give me a call. The best number at which to reach me is 619-512-5778.

       Very truly yours,

       LEHAVI STARGARDTER, LLP

       GailAnn Y. Stargardter

GYS:pdt

cc:    Client
       Colette F. Stone (via email only cstone@stonelawoffice.com)
       Marissa Acree (via email only macree@stonelawoffice.com)

Exhibit C - PAGE 37

EXHIBIT D

**COMMON POLICY
DECLARATIONS**

# ATAIN SPECIALTY INSURANCE COMPANY
## FARMINGTON HILLS, MICHIGAN

Policy Number

CIP406175

NEW

**Item 1. Named Insured** and Mailing Address:

TRIANGLE CONSTRUCTION
DANIEL BEN CURTIS, DBA:
PO BOX 34

PLEASANTON                    CA    94566

Agent Name and Address:

BURNS & WILCOX, LTD.
100 PINE STREET
23RD FLOOR
SAN FRANCISCO        CA   94111

| **Item 2.** Policy Period | From: 03/19/2020 | To: 03/19/2021 |
|---|---|---|

**12:01 A.M. Standard Time at the address of the Named Insured as stated herein.**

**Item 3.** Retroactive Date: None

**Item 4.** Business Description: GENERAL CONTRACTOR KITCHEN AND BATH REMODEL RESIDENTIAL

**Item 5.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | $ NOT COVERED |
| Commercial General Liability Coverage Part | $ 4,269.00 |
| Professional Liability Coverage Part | $ NOT COVERED |
| Non-Profit Organization Liability Coverage Part | $ NOT COVERED |
| Commercial Inland Marine | $ NOT COVERED |
|  | $ |
|  | $ |
| 100% MINIMUM & DEPOSIT | $ |
| ALL FEES ARE FULLY EARNED          NO FLAT CANCELLATION | $ |
| BROKERAGE FEE | $ 250.00 |
| State Tax | $ 129.42 |
| Stamping Fee | $ 10.79 |
| Policy Fee | $ |
| Inspection Fee | $ 45.00 |
| **Total** | $ 4,704.21 |

Minimum & Advance Premium        100.0000%
Minimum Earned Premium        25   % of the original premium

**Item 6.** Forms and endorsements applicable to all Coverage Parts: _____

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Countersigned  03/24/2020    ANDREW W CHEN        SADU        By _____

DATE        UNDERWRITER        PROCESSOR            COUNTERSIGNED

UNLPF-D-1 (07-17)

**EXHIBIT D - PAGE 38**



# ATAIN

## SPECIALTY INSURANCE COMPANY

30833 Northwestern Hwy., Ste. 220, Farmington Hills, MI 48334

This Policy may contain one or more of these coverages:

COMMERCIAL PROPERTY
COMMERCIAL LIABILITY
CRIME
INLAND MARINE
COMMERCIAL AUTO
DIRECTORS & OFFICERS LIABILITY
OWNERS & CONTRACTORS PROTECTIVE
PERSONAL INLAND MARINE

EXHIBIT D - PAGE 39

IN WITNESS WHEREOF, the company has caused this policy to be signed by its President and its Secretary and countersigned on the declarations page by a duty authorized representative of the company.

Secretary

President

(Attach Declarations Page, Coverage Parts, Schedules and Endorsements, if any, here)

**EXHIBIT D - PAGE 40**

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: | NAMED INSURED: |
|---|---|---|
| CIP406175 | 03/ 19/ 2020 | TRIANGLE CONSTRUCTION<br>DANIEL BEN CURTIS, DBA: |

```
    AF100    04-19        POLICY JACKET
    SOFAE    09-10        SCHEDULE OF FORMS
    COMMERCIAL FORMS

    UNLPFD1 07-17         COMMON DECLARATIONS
    AF3380 06-17          FRAUD AND MISREPRESENTATION ENDORSEMENT
    AF3550 07-12          MINIMUM EARNED PREMIUM & CANCELLATION
    AF900 01-16           SERVICE OF SUIT ENDORSEMENT
    AF001772 08-17        ATAIN INSURANCE COMPANIES CLAIM REPORTING INFO
    IL0017 11-98          COMMON POLICY CONDITIONS

    STATE FORMS

    CAPRNOTICE 12-11      CA NOTICE-PREMIUM REFUNDS
    D2 01-20             CA-NOTICE
    CG3234 01-05          CA-CHANGES-CANCELLATION

    GENERAL LIABILITY

    UNLPFSD1L 07-17       COMMERCIAL GL SUPPLEMENTAL DEC
    AF000839 04-16        EMPLOYEES/SUBCON/INDEP CON/TEMP WORKERS/LEASED WORKERS/VOLUNTEERS
    AF000849 01-17        ROOFING OPERATIONS CONDITIONS AND LIMITATION OF COVERAGE
    AF000873 07-12        KNOWN INJ/DAMAGE EXCL- PERS & ADV INJ
    AF000899 03-14        AMENDMENT-AIRCRAFT, AUTO OR WATERCRAFT EXCLUSION
    AF001007 06-17        COMBINED COVERAGE AND ENDORSEMENT
    AF001396 09-18        INFRINGEMENT, MISAPPROPRIATION
    AF001397 07-16        PRIMARY AND NON-CONTRIBUTING
    AF001401 06-16        DAMAGE TO PREMISES RENTED TO YOU LIMITATION
    AF001707 03-13        AMENDMENT OF NONPAYMENT/CANCELLATION CONDITION
    AF001729 04-16        EXCLUSION - STATE OF MISSOURI
    AF001740 04-16        EXCLUSION - STATE OF NEW YORK
    AF001741 04-16        EXCLUSION - STATE OF WASHINGTON
    AF001752 08-16        AMERICANS WITH DISABILITIES ACT AND DISCRIMINATION EXCLUSION
    AF001788 10-19        TOTAL CANNABIS & RELATED PROD EXCL
    AF33509 07-12         REMOVAL OF ASSAULT & BATTERY EXCLUSION FROM COMBINED COV & EXCL ENDT
    AF33510 07-12         CLASSIFICATION LIMIT
    AF33515A 05-14        NEW CONSTRUCTION RESIDENTIAL EXCL
    AF33530 06-16         SUBSIDENCE EXCL
    AF3378 01-15          AMENDMENT OF SECTION IV
    AF3397 07-12          EIFS & DRYWALL EMISSION EXCLUSION
    AF3400 07-12          ABSOLUTE SILICA DUST EXCL
    CG0001 04-13          COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    CG0300 01-96          DEDUCTIBLE LIABILITY
    CG2033 04-13          AI-OWNERS, LESSEES OR CONTRACTORS
    CG2107 05-14          EXCL-DISCLOSURE PERSONAL INFO
    CG2154 01-96          EXCL-DES OPER COV BY A CONS IN
    CG2167 12-04          FUNGI OR BACTERIA EXCLUSION
    CG2173 01-15          EXCLUSION OF CERTIFIED ACTS OF TERRORISM
    CG2404 05-09          WAIVER OF TRANSFER OF RIGHTS
    CG2426 04-13          AMENDMENT OF INSURED CONTRACT DEFINITION
    CG2503 05-09          DESIGNATED CONSTRUCTION PROJEC
```

ADDITIONAL FORMS

**This Endorsement Changes the Policy - Please Read it Carefully**

# FRAUD, CONCEALMENT AND MISREPRESENTATION ENDORSEMENT

**THIS ENDORSEMENT APPLIES TO ALL COVERAGE PARTS PROVIDED UNDER THE POLICY**

**A. FRAUD, CONCEALMENT AND MISREPRESENTATION FOR INCEPTION OF THIS POLICY**

This policy was issued based on the information supplied on an application and other correspondence, including your claims or loss history. This information is attached to and considered to be part of this policy.

You should review this information carefully because the truth of this information was of paramount importance in influencing our decision to issue this policy.

You, for all the insureds under this policy, do warrant the truth of such information to the best of your and their knowledge at the inception date of this policy.

If such information is false or misleading, it may cause denial of coverage or voiding of the policy. In any such instance, there shall be no duty to defend or indemnify any insured.

**B. FRAUD, CONCEALMENT AND MISREPRESENTATION IN PRESENTING ANY CLAIM**

With respect to all "insureds" covered under this policy and their representatives, we do not provide coverage if one or more "insureds" have:

      a)    Concealed or misrepresented any material fact or circumstance; or

      b)    Engaged in fraudulent or dishonest conduct relating to a claim.

Any actions taken by an insured, or their representative, as outlined in this endorsement may cause a denial of coverage or voiding of the policy. In any such instance, there shall be no duty to defend or indemnify any insured.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number: CIP406175

Named Insured: TRIANGLE CONSTRUCTION

Endorsement Effective Date:

**This Endorsement Changes The Policy. Please Read It Carefully.**

MINIMUM EARNED PREMIUM AND CANCELLATION CLAUSE

This endorsement modifies insurance provided under the following Coverage Forms:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART
GARAGE COVERAGE FORM
GARAGEKEEPERS LEGAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

The minimum premium for this policy is [ 25 %] of the annual written premium, and such minimum earned premium is not subject to short rate or pro-rata adjustment in the event of cancellation by the insured. It is understood and agreed that cancellation for non-payment of premium shall be deemed a request by the insured for cancellation of this policy. In such case, the terms of the minimum earned premium and cancellation clause apply.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number:  CIP406175

Named Insured:  TRIANGLE CONSTRUCTION
                DANIEL BEN CURTIS, DBA:

Endorsement Effective Date:  03/19/2020

# SERVICE OF SUIT ENDORSEMENT

This Service of Suit Clause will not be read to conflict with or override the obligations of the parties to arbitrate their disputes as provided for in any Arbitration provision within this Policy. This Clause is intended as an aid to compelling arbitration or enforcing such arbitration or arbitral award, not as an alternative to such Arbitration provision for resolving disputes arising out of this contract of insurance.

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the insured, will submit to the jurisdiction of a Court of competent jurisdiction within the United States or Canada.  Nothing in this endorsement shall in any way constitute a waiver of the Company to commence an action in any Court of competent jurisdiction in the United States, to remove any action to a United States District Court, to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States, or to enforce any other provisions of the policy.

It is further agreed that service of process in such suit may be made upon the Claims & Litigation Director, Atain Specialty Insurance Company, Kaufman Financial Center, 30833 Northwestern Highway, Farmington Hills, MI 48334, and that in any suit instituted against the Company under this policy, the Company will abide by the final decision of such Court or by the final decision of the final Appellate Court, in the event of an appeal.

The above-named is authorized and directed to accept service of process on behalf of the Company in any such suit and/ or upon the request of the insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States of America or province of Canada, which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute or his successor or successors in office, as their true and lawful attorney upon who may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

# ATAIN INSURANCE COMPANIES
# CLAIM REPORTING INFORMATION

Your insurance policy has been placed with an Atain Insurance Company.

Our commitment to you is to provide fast, fair claim service. Promptly reporting an event that could lead to a claim, as required by your policy, helps us fulfill this commitment to you. Please refer to your policy for this and all other terms and conditions.

## HOW TO REPORT A CLAIM

E-mail at claims@atainins.com, fax at 248-539-6092, or visit our website at www.atainins.com.

In order to expedite this process, please be prepared to furnish as much of the following information as possible:

- Your policy number

- Date, time and location of the loss / accident

- Details of the loss / accident

- Name, address and phone number of any involved parties

- If applicable, name of law enforcement agency or fire department along with the incident number.

Please also refer to your policy for specific claim reporting requirements.


Thank you for your business and as always, we appreciate the opportunity to serve you.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Hart Forms & Services
Reorder No. 14-B234

# ATAIN SPECIALTY INSURANCE COMPANY

# NOTICE - PREMIUM REFUNDS

In response to California Assembly Bill 24 04, this notice is being provided to make you aware that you may incur a penalty if you cancel your policy prior to the expiration date.

If you cancel the policy prior to the expiration date, the penalty is 10% of any remaining unearned premium, subject to any minimum earned premium endorsement that may be attached to your policy or the policy for which you are applying.

This notice is for information purposes only and does not become a part or condition of the policy.

## IMPORTANT NOTICE:

1.      The insurance policy that you have purchased is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.

2.      The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.

3.      The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.

4.      The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the toll-free number 1-800-927-4357 or internet website www.insurance.ca.gov. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also visit the NAIC's internet website at www.naic.org. The NAIC-the National Association of Insurance Commissioners-is the regulatory support organization created and governed by the chief insurance regulators in the United States.

5.      Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer. You can find a link to each state from this NAIC internet website: https://naic.org/state_web_map.htm.

6.      For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on

the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.

7.    California maintains a "List of Approved Surplus Line Insurers (LASLI)." Ask your agent or broker if the insurer is on that list, or view that list at the internet website of the California Department of Insurance:    www.insurance.ca.gov/ 01-consumers/ 120-company/ 07-lasli/ lasli.cfm.

8.    If you, as the applicant, required that the insurance policy you have purchased be effective immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure. If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.

D-2 (Effective January 1, 2020)

COMMERCIAL GENERAL LIABILITY
CG 32 34 01 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The term "spouse" is replaced by the following:

Spouse or registered domestic partner under California law.

  Copyright, ISO Properties, Inc., 2004
INSURED

**EXHIBIT D - PAGE 50**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

These Supplemental Declarations form a part of policy number     CIP406175

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (other than Products/ Completed Operations) | $ 2,000,000 |
| Products/ Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You Limit | $ 100,000 |
| Medical Expense Limit | $ 5,000    any one person |

## BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of business:

[X] Individual   [ ] Joint Venture   [ ] Partnership   [ ] Organization (other than Partnership or Joint Venture)   [ ] Corporation   [ ] LLC

Business description:   GENERAL CONTRACTOR KITCHEN AND BATH REMODEL RESIDENTIAL

Location of all premises you own, rent or occupy:   8390 CYPRESS CT., DUBLIN, CA 94568

## PREMIUM

| Classification | Code No. | *Premium Basis | PR/ Co | Rate All Other | Advance Premium Pr/ Co | All Other |
|---|---|---|---|---|---|---|
| CONTRACTORS - REPAIR/ REMODELING NOC | 94444 | P) 116,000 | INCLUDED | 29.05 | INCLUDED | 3,369 |
| CONTRACTORS - SUB CONTRACTED WORK | 91585 | C) 150,000 | INCLUDED | 6.00 | INCLUDED | 900 |
| BLANKET ADDITIONAL INSUREDS | 99999 | INCLUDED | INCLUDED | INCLUDED | INCLUDED | INCLUDED |
| BLANKET WAIVER OF SUBROGATION | 99999 | INCLUDED | INCLUDED | INCLUDED | INCLUDED | INCLUDED |

GL TOTAL:   $4,269

## FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy)

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

DEDUCTIBLE: $ 500    Per Claim

*(a) Area, (c) Total Cost, (m) Admission, (p) Payroll, (s) Gross Sales, (u) Units, (o) Other

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL LIABILITY DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

UNLPF-SD-1L (07-17)

# EMPLOYEES, SUBCONTRACTORS, INDEPENDENT CONTRACTORS, TEMPORARY WORKERS, LEASED WORKERS OR VOLUNTEERS

This endorsement modifies insurance provided under the following Coverage Forms:

      **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
      **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM – COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR**

I.     Exclusion **e., Employers' Liability** in **Part 2, Exclusions** of SECTION I – COVERAGES, **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** is replaced by the following:

    **e.**    Employer's Liability

        **1.**    "Bodily injury" to an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured arising out of and in the course of employment by or service to any insured for which any insured may be held liable as an employer or in any other capacity;

        **2.**    Any obligation of any insured to indemnify or contribute with another because of damages arising out of "bodily injury" to an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured arising out of and in the course of employment by or service to any insured for which any insured may be held liable as an employer or in any other capacity;

        **3.**    "Bodily injury" sustained by the spouse, parent, brother, sister, companion or offspring of an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured as a consequence of "bodily injury" to such an "employee", subcontractor, employee of any subcontractor,  "independent contractor", employee of any "independent contractor", "temporary worker" "leased worker", "volunteer worker" of any insured or any person performing work or services for any insured in the course of his or her employment by or service to any insured; or

        **4.**    Contractual liability as defined in Section I - Exclusions, item 2 b. of the Commercial General Liability Coverage Form CG 0001.

    For the purposes of this endorsement, "independent contractor" means one that contracts to do work or perform a service for another and that retains control over the means or methods used in doing the work or performing the service. "Independent contractor" includes, but is not limited to, subcontractors and any employees of a subcontractor, any employee of an independent contractor, any "employees" of any insured, agents, representatives, volunteers, spouses, family members of any insured or any Additional Insureds added to this policy.

    For the purposes of this endorsement, "Employee" is defined as

    follows: "Employee" includes a "leased worker".

    This exclusion applies to all causes of action arising out of "bodily injury" to any "employee", subcontractor, employee of any "independent contractor", "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", "volunteer worker" or any person performing work or services for any insured because of "bodily injury" including care and loss of services.

    When there is no coverage for any one insured under this endorsement, coverage is also excluded for any other insured (and <u>SECTION</u> IV.7.b of Commercial General Liability Coverage Form CG0001 shall not apply).

**Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, 2004**

AF000839 (04/2016)                                                                Page 1 of 2

**EXHIBIT D - PAGE 52**

II.    Exclusion f. **Employers Liability** in Part **2, Exclusions** of **SECTION 1 - COVERAGES, BODILY INJURY AND PROPERTY DAMAGE LIABILITY** in the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR** form is replaced by the following:

f.    **Employer's Liability**

1.    "Bodily injury" to an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", volunteer of any insured or any person performing work or services for any insured arising out of and in the course of employment by or service to any insured for which any insured may be held liable as an employer or in any other capacity;

2.    Any obligation of any insured to indemnify or contribute with another because of damages arising out of "bodily injury" to an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", volunteer of any insured or any person performing work or services for any insured arising out of and in the course of employment by or service to any insured for which any insured may be held liable as an employer or in any other capacity;

3.    "Bodily injury" sustained by the spouse, parent, brother, sister, companion or offspring of an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", volunteer of any insured or any person performing work or services for any insured as a consequence of "bodily injury" to such an "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", volunteer or any person performing work or services for any insured in the course of his employment by or service to any insured; or

4.    Contractual liability as defined in Section I - Exclusions, item 2 b. of the Owners and Contractors Protective Liability Coverage Form CG 0009.

For the purposes of this endorsement, "independent contractor" means one that contracts to do work or perform a service for another and that retains control over the means or methods used in doing the work or performing the service. "Independent contractor" includes, but is not limited to, subcontractors and any employees of any subcontractor, any employee of an independent contractor, any "employees" of any insured, agents, representatives, volunteers, spouses, family members of any insured or any Additional Insureds added to this policy.

For the purposes of this endorsement, "Employee" is defined as follows:

"Employee" includes a "leased worker".

This exclusion applies to all causes of action arising out of "bodily injury" to any "employee", subcontractor, employee of any subcontractor, "independent contractor", employee of any "independent contractor", "temporary worker", "leased worker", volunteer or any person performing work or services for any insured by any person or organization for damages because of "bodily injury", including care and loss of services.

When there is no coverage for any one insured under this endorsement, coverage is also excluded for any other insured (and SECTION IV. 11.b. of Owners and Contractors Protective Liability Coverage Form CG0009 shall not apply).

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number: CIP406175
Named Insured: TRIANGLE CONSTRUCTION
Endorsement Effective Date:

_____
Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, 2004

**EXHIBIT D - PAGE 53**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# ROOFING OPERATIONS CONDITIONS AND LIMITATION OF COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date 03/ 19/ 2020 | Expiration Date 03/ 19/ 2021 |
|---|---|---|
| Endorsement Effective 03/ 19/ 2020 | Policy Number CIP406175 | |
| Named Insured TRIANGLE CONSTRUCTION | | |

I.    **Open Roof Conditions And Exclusion**

Any insured seeking coverage under this policy must do both of the following for any "open roofs" that are left unattended:  (1) take all appropriate steps to determine adverse weather conditions; and (2) provide temporary waterproof covering able to withstand the elements.

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "property damage" to any building, structure, any contents within any building or structure, or any other resulting "property damage" unless both of the conditions above have been satisfied for any "open roofs."

The term "open roofs" as used in this endorsement shall include any roof or section thereof where the protective covering (shingles, tar, felt paper, or any other protective covering) has been removed.

II.    **Hot Processes Exclusion**

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "bodily injury" or "property damage" arising, in whole or part, out of the use of any the following on any roof:  hot tar, any torch work, the use of any fire, or any other hot processes of any kind.

All other terms and conditions of this policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KNOWN INJURY OR DAMAGE EXCLUSION PERSONAL AND ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 03/ 19/ 2020 | 03/ 19/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP406175 | |
| Named Insured   TRIANGLE CONSTRUCTION DANIEL BEN CURTIS, DBA: | | |

The following exclusion is added to Paragraph **2. Exclusions** of SECTION I - COVERAGES COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

**Known Injury Or Damage**

This insurance does not apply to "personal and advertising injury" arising from an offense:

**a.**    That occurs during the policy period and, prior to the policy period, an insured listed under Paragraph **1.** of **SECTION II - WHO IS AN INSURED** or an "employee" authorized by you to give or receive notice of an offense or claim, knew that the "personal and advertising injury" had occurred prior to the policy period, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "personal and advertising injury" occurred, then any continuation, change or resumption of such offense during or after the policy period will be deemed to have been known prior to the policy period; or

**b.**    That occurs during the policy period and was, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **SECTION II - WHO IS AN INSURED** or an "employee" authorized by you to give or receive notice of an offense or claim, includes any continuation, change or resumption of that "personal and advertising injury" after the end of the policy period.

A "personal and advertising injury" arising from an offense will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **SECTION II - WHO IS AN INSURED** or an "employee" authorized by you to give or receive notice of an offense or claim:

**(1)**    Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**(2)**    Receives a written or verbal demand or claim for damages because of the "personal and advertising injury"; or

**(3)**    Becomes aware by an other means that "personal and advertising injury" has occurred or has begun to occur.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT - AIRCRAFT, AUTO OR WATERCRAFT EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | | 03/ 19/ 2021 |
| Endorsement Effective | Policy Number CIP406175 | |
| Named Insured TRIANGLE CONSTRUCTION | Countersigned By | |

(Authorized Representative)

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, paragraph **(g.) Aircraft, Auto Or Watercraft** is deleted and replaced with the following:

**g.      Aircraft, Auto Or Watercraft**

This insurance does not apply to:

**(1)**      "Bodily injury"or "property damage " arising out of or in connection with any aircraft or watercraft unless as outlined below;

**(2)**      "Bodily injury"or "property damage" arising out of or in connection with any  "auto" unless as outlined below; or

**(3)**      "Bodily injury"or "property damage" arising out of or in connection with the "loading or unloading"of any aircraft, "auto"or watercraft by any insured unless as outlined below.

This exclusion applies to "bodily injury"or "property damage" arising out of any aircraft, "auto" or watercraft, whether or not owned, maintained, used, rented, leased, hired, loaned, borrowed or entrusted to others or provided to another by any insured.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, entrustment, permitting, training or monitoring of others by an insured.

This exclusion applies even if the claims against any insured allege direct or vicarious liability.

This exclusion does not apply to:

**(1)**      A watercraft while ashore on premises you own, rent or on any premises or in the water while being worked upon;

**(2)**      A watercraft you do not own that is:

      **(a)**   Less than 26 feet long; and

      **(b)**   Not being used to carry persons or property for a charge;

**(3)**      Parking an "auto"on, or on the ways next to, premises you own or rent, provided the "auto"is not owned by or rented or loaned to you or any insured;

**(4)**      Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)**      "Bodily injury"or "property damage" arising out of:

      **(a)**   The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

      **(b)**   The operation of any of the machinery or equipment listed in Paragraph **f. (2)** or **f. (3)** of the definition of "mobile equipment"; or

**(6)**      "Bodily injury"or "property damage" arising out of maintenance, service or repair of an "auto" by the Named Insured or their employees on the property of the insured or on the premises of others.

AF000899 03-14

## COMBINED COVERAGE AND EXCLUSION ENDORSEMENT
This Endorsement Changes the Policy. Please Read it Carefully.

This endorsement modifies insurance provided under the following coverage parts if those coverage parts are included in your policy:

    **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
    **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE**
    **GARAGE COVERAGE FORM**
    **LIQUOR LIABILITY COVERAGE FORM**

**I.**    **ASBESTOS EXCLUSION**

    This insurance does not apply to:

    A)  "Bodily Injury" or "Property Damage" in whole or in part, either directly or indirectly, arising out of, based upon, or attributable to any of the following:

        1.  Asbestos or any asbestos related injury or damage;

        2.  Any alleged act, error, omission or duty involving asbestos, its use, exposure, presence, existence, detention, removal, elimination or avoidance; or

        3.  The use, exposure, presence, existence, detention, removal, elimination or avoidance of asbestos in any environment, building or structure; and

    B)  The investigation, settlement or defense of any claim, "suit" or proceeding against the Insured alleging any actual or threatened injury or damage which arises out of or would not have occurred but for asbestos related "Bodily Injury or Property Damage", as described above.

**II.**    **TOTAL LEAD EXCLUSION**

    The following exclusion is hereby added to **COVERAGE A., BODILY INJURY AND PROPERTY DAMAGE LIABILITY** under Paragraph **2.**, **Exclusions** and **COVERAGE B., PERSONAL AND ADVERTISING INJURY LIABILITY** under Paragraph **2.**, **Exclusions**, of the Comprehensive General Liability form and is added in general as an exclusion to other coverage forms that constitute a portion of your policy.

    This insurance does not apply to:

    A)  "Bodily Injury", "Property Damage", "Personal and Advertising Injury", "Loss", or "Personal Injury",

        1.  Arising, whether in whole or in part, and whether directly or indirectly, out of lead, including but not limited to, lead contained or incorporated in any material or product; or

        2.  By plumbism (lead poisoning) or any disease or ailment caused by, or aggravated by exposure, consumption, or absorption of lead, or due to or out of actual or alleged presence of lead in any form, including;

    B)  Any loss, cost, or expense arising out of any:

        1.  Request, demand, order, writ, injunction or judgment that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, prevent, abate or in any way respond to, or assess the presence or effect of any kind of lead; or

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

2. Claim or "suit" for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, preventing, abating or in any way responding to, or assessing the presence or effect of any kind of lead.

## III.  INDEPENDENT CONTRACTORS LIABILITY INSURANCE ENDORSEMENT

The following special conditions are made a part of any applicable coverage form or endorsement that forms a part of your policy and you warrant and agree that:

1. You have a written formal contract with such independent contractors, in force at the time of such injury or damage, verifying insurance of the types provided by this policy with the limits of insurance for such insurance equal to or greater than the limits of insurance provided by this policy; and you collect such evidence of insurance from the independent contractors before they enter the job site; and

2. Such independent contractors name you as an additional insured on their Commercial General Liability insurance policy for damages because of "Bodily Injury," "Property Damage" or "Personal and Advertising Injury" arising out of or caused by the work, activities or operations of the independent contractor, including your supervision, review or inspection of the independent contractor; and

3. Such independent contractors have agreed, in writing, to hold you harmless from all liability, including attorney fees, arising from their acts, errors or omissions; and

4. Such independent contractors Commercial General Liability coverage is primary and our policy shall be excess of the insurance maintained by the independent contractors policy, notwithstanding the language of the Other Insurance provisions of the independent contractors policy.

Failure to comply with any of the above conditions does not alter the coverage provided by this policy. However, should you fail to comply with any of the above conditions, any subcontractors hired by any Insured will be considered your employees for premium computation purposes. You will be charged an additional premium with the entire cost of labor charged by such subcontractors used as payroll and assigned to the applicable class for the work performed.

## IV.  EMPLOYMENT-RELATED PRACTICES EXCLUSION

A.  The following exclusion is added to Paragraph **2.**, Exclusions of **COVERAGE A-BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I- Coverages)**, of the Commercial General Liability form and is added in general as an exclusion to other coverage forms that constitute a portion of your policy:

This insurance does not apply to:

"Bodily Injury" to

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that persons' employment; or

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

      (c)     Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2)    The spouse, child, parent, brother or sister of that person as a consequence of "Bodily Injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b) or (c) above is directed.

This exclusion applies:

(1) Whether the Insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury

B.    The following exclusion is added to Paragraph **2.**, Exclusions of **COVERAGE B-PERSONAL AND ADVERTISING INJURY LIABILITY (Section I- Coverages)**:

This insurance does not apply to:

Personal and Advertising Injury to:

(1)    A person arising out of any:

      (a)     Refusal to employ that person;

      (b)     Termination of that persons' employment; or

      (c)     Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2)    The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (a), (b) or (c) above is directed.

This exclusion applies:

(1)    Whether the Insured may be liable as an employer or in any other capacity; and

(2)    To any obligation to share damages with or repay someone else who must pay damages because of injury.

V.    **NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT**

1.    The insurance does not apply:

A.    Under any Liability Coverage to "Bodily Injury" or "Property Damage":

(1)    With respect to which an "insured" under the policy is also an Insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an Insured under any such policy but for its termination upon exhaustion of its limit of liability; or

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

(2)    Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "Insured" is or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.    Under any Medical Payments coverage, to expenses incurred with respect to "Bodily Injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C.    Under any Liability Coverage, to "Bodily Injury" or "Property Damage" resulting from "hazardous properties" of "nuclear material", if:

(1)    The "nuclear material" (a) is at any "nuclear facility" owned by, operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2)    The "nuclear material" contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "Insured"; or

(3)    The "Bodily Injury" or "Property Damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "Property Damage" to such "nuclear facility" and any property thereat.

2.    As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties. "Nuclear material" means "source material", "special nuclear material" or "by-product material." "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of an "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

"Nuclear facility" means:

(a)    Any "nuclear reactor";

(b)    Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel" or (3) handling, processing or packaging "waste;"

(c)    Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)    Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste", and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear Reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material. "Property Damage includes all forms of radioactive contamination of property.

## VI.    PROFESSIONAL SERVICES EXCLUSION

The following exclusion is added to Part **2. Exclusions** of **SECTION I - COVERAGES**, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Part **2. Exclusions** of **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** of the **COMMERCIAL GENERAL LIABILITY FORM**:

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, demand or cause of action arising, in whole or part, out of any claim involving the rendering or failure to render any "professional service."

Further, when any insured has purchased or obtained errors and/or omissions coverage or any other type of professional insurance coverage and the claim, in any way arises, in whole or part, out of the services performed by any insured, there shall be no duty to defend or indemnify under this policy. Whether or not such E&O or any other professional coverage has been purchased or obtained, however, the first paragraph of this exclusion remains in full force and effect.

"Professional Service" includes, but is not limited to, any of the following: (1) accountant; (2) architect; (3) engineer; (4) insurance agent or broker; (5) lawyer; (6) any medical professional; (7) real estate agent or broker; (8) surveyor; (9) health inspector; (10) safety inspector; (11) any service where an insured is retained or asked to render an opinion, written or verbal, to a third-party; or (12) any other service that is of a professional nature, regardless of whether a license or certification is required.

## VII.    PHYSICAL-SEXUAL ABUSE EXCLUSION

This insurance does not apply to any "occurence," suit, liability, claim, demand or causes of action arising out of or **that in any way involves** the physical abuse, sexual abuse or licentious, immoral or sexual behavior, whether or not intended to lead to, or culminating in any sexual act, whether caused by, or at the instigation of, or at the direction of, or omission by:

a.    Any insured or the insured's employees;
b.    Patrons of any insured's business;
c.    Agents of any insured;
d.    "Volunteer workers";

Endorsement Serial No. AF 001 007 06/2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

    e.   Subcontractor or employee of any subcontractor;

    f.   "Independent contractor" or employee of any "independent contractor";

         g.   "Leased worker"; or

    h.  Any other person.

For the purposes of this endorsement:

1.    "Independent contractor" means one that contracts to do work or perform a service for another and that retains control over the means or methods used in doing the work or performing the service. "Independent contractor" includes, but is not limited to, subcontractors and any employees of a subcontractor, any employee of an independent contractor, any employees of the insured, agents, representatives, volunteers, spouses, family members or the insured or any Additional Insureds added to this policy.

2.    "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "leased worker" does not include a "temporary worker". "Temporary worker" means a person who is furnished to you to substitute for a permanent employee on leave or to meet seasonal or short term workload conditions.

3.    "Volunteer worker" means a person who is not your employee, and who donates her or her work and acts at the direction of and within the scope of duties determined by you and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

In addition, it is understood this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1.    The actual or threatened abuse or molestation by anyone or any person whether or not in the care, custody or control of any insured; or

2.    The negligent:

    a.   Employment;

    b.   Investigation;

    c.   Supervision;

    d.   Reporting to the proper authorities or failure to so report; or

    e.   Retention

of a person for whom any insured is or ever was legally responsible and whose conduct is described in Paragraph 1. above.

**VIII.    TOTAL POLLUTION EXCLUSION WITH HOSTILE FIRE EXCEPTION**

Exclusion f. under Paragraph **2.**, **Exclusions**, of **Coverage A.-Bodily Injury and Property Damage Liability (Section I-Coverages)** is hereby deleted. The following exclusion is hereby added to **Coverage A., Bodily Injury and Property Damage Liability** under Paragraph **2.**, **Exclusions** and to **Coverage B., Personal and Advertising Injury Liability** under **Paragraph 2.**, **Exclusions**.

This insurance does not apply to:

(1)    "Bodily Injury", "Property Damage", "Personal and Advertising Injury" caused by or arising out of in whole or in part, the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

    This exclusion does not apply to "Bodily Injury" or "Property Damage" arising out of heat, smoke, or fumes from a hostile fire unless that hostile fire occurred or originated:

    (a)    At any premises, site, or location which is or was at any time used by or for any Insured or others for the handling, storage, disposal, processing or treatment of waste; or

    (b)    At any premises, site or location on which any Insured or any contractors or subcontractors or working directly or indirectly on any Insureds' behalf are performing

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants".

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2)    Any loss, cost or expense arising out of any:

    (a)    Request, demand, order, writ, injunction or judgment that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, prevent, abate or in any way respond to, or assess the presence or effect of any kind of "pollutants", or

    (b)    Claim or "suit" by or on behalf of a governmental authority for damages because of monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the presence or effect of any kind of "pollutants".

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed. Pollutants also includes carbon dioxide and any other substance that contributes to climate change.

## IX.    ASSAULT AND BATTERY EXCLUSION

This insurance does not apply to "bodily injury" or "property damage," in whole or in part, either directly

or indirectly, or in any way arising out of or that in any way involves any of the following:

1.    Assault and Battery committed by any Insured, any employee of any Insured or any other person;

2.    The failure to suppress or prevent Assault and Battery by any person in 1. above;

3.    Any cause of action or claim involving assault or battery that in any way relates to the negligent hiring, supervision or training of any employee of the Insured; or

4.    Assault or Battery, whether or not caused by or arising out of negligent, reckless or wanton conduct of any Insured, any Insured's employees, patrons or other persons lawfully or otherwise on, at or near the premises owned or occupied by any Insured, or by any other person.

For the purposes of this exclusion, Assault and Battery includes, but is not limited to, the use of

reasonable force or self-defense by any party, person, insured or employee of any insured.

Furthermore for this Exclusion, **SECTION I COVERAGES COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, Section **2. Exclusions**, Paragraph **a. Expected Or Intended Injury** is replaced by the following:

**a.**    **Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

X.     **TENDERING OF APPLICABLE LIMIT OF INSURANCE**

The **COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 0001** is amended as follows:

**SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Insuring Agreement, 1, a. (2)** is deleted in its entirety and replaced with the following:

**(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit" under Coverages **A** or **B** or **C** or coverage under any other applicable endorsement to this policy.

The last paragraph of **SECTION I COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is deleted in its entirety and replaced with the following: Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.**     We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.**     When we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit" under Coverages **A** or **B** or **C** or coverage under any applicable endorsement to this policy; or

**c.**     The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

The **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM – COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR FORM CG 0009** is amended as follows:
**SECTION I - COVERAGES BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Insuring Agreement, 1, a. (2)** is deleted in its entirety and replaced with the following:

**(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements, or tendered the applicable limit of insurance to any person or organization that has a financial interest in any claim or "suit"

The last paragraph of **SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS** is deleted in its entirety and replaced with the following:

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.**     We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.**     When we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit"; or

**c.**     The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

The **GARAGE COVERAGE CA 0005** is amended as follows:

The last paragraph of **1. a. "Garage Operations" - Other Than Covered "Autos"** of **A COVERAGE** of **SECTION II – LIABILITY COVERAGE** is deleted in its entirety and replaced with the following:

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for " bodily injury "or "property damage" which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" – Other Than Covered "Autos" has been exhausted by payment of

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or suit."

The last paragraph of **2. "Garage Operations" - Covered "Autos"** of A **COVERAGE** of **SECTION II – LIABILITY COVERAGE** is deleted in its entirety and replaced with the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense." However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance - "Garage Operations" - Covered "Autos" has been exhausted by payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit."

Paragraph **(6)** of Section **4. Coverage Extensions**, a. **Supplementary Payments** is deleted in its entirety and replaced with the following:

   **(6)**    All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance, when we have used up the applicable limit of insurance in the payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or "suit."

The **LIQUOR LIABILITY COVERAGE FORM CG 00 33** is amended as follows:

**SECTION I - LIQUOR LIABILITY COVERAGE, 1. Insuring Agreement, 1, a. (2)** is deleted in its entirety and replaced with the following:

**(2)**    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or when we tender the applicable limit of insurance to any person or organization that has a financial interest in a claim or " suit" under this Coverage Part.

XI.    **ANTI-STACKING AND NONDUPLICATION OF LIMITS OF INSURANCE**

If any Coverage Form, Coverage Part or policy issued to you by us or any company affiliated with us apply to the same claim for expenses or damages, the maximum Limit of Insurance for Liability Coverage under all of the Coverage Forms, Coverage Parts or policies shall not exceed the highest applicable Limit of Insurance available under any one Coverage Form, Coverage Part or policy.

This endorsement does not apply to any Coverage Form, Coverage Part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.

XII.    **AMENDMENT OF OTHER INSURANCE ENDORSEMENT**

It is agreed that **Section IV – Commercial General Liability Conditions**, Paragraph 4. Is replaced in its entirety with the following:
This insurance is excess over any other insurance whether primary, excess, contingent or on any other basis that is available to any insured. You are required to give notice of claim to all potential insurers' within thirty days of giving notice of claim to us.

We have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend.  If no other insurer defends, we will undertake to do so, but we will be entitled to your rights against all those other insurers.

Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

We will pay only our share of the amount of loss, if any, that exceeds the sum of:

The total amount that all such other insurance would pay for the loss in absence of this insurance; and
The total of all deductible and self-insurance amounts under all such insurance.

"Potential Insurers" means all insurance companies who may be obligated to defend any insured as either a named insured or an additional insured.

XIII.    **SUPPLEMENTARY PAYMENTS – AMENDMENT OF JUDGEMENT INTEREST**

The **COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 0001** is amended as follows:

**SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B,**
Paragraph 1 is deleted in its entirety and replaced with the following:

1.   We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured which we defend:

   a.   All expenses we incur.

   b.   Up to $250 for cost of bail bonds requested because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

   c.   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

   d.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e.   All court costs taxed against the insured in the "suit".  However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f.   Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g.   Interest on the amount of any judgment up to the applicable policy limit of insurance that accrues after the entry of such judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

_____
Authorized Representative

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy).

Policy Number:   CIP406175

Named Insured:   TRIANGLE CONSTRUCTION

Endorsement Effective Date:

Page 10  of 10
Endorsement Serial No. AF 001 007 06/ 2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## INFRINGEMENT, MISAPPROPRIATION AND UNFAIR COMPETITION EXCLUSION

**THIS ENDORSEMENT APPLIES TO ALL COVERAGE PARTS PROVIDED UNDER THIS POLICY.**

It is hereby agreed that this policy shall not apply to any "claim," "suit," or liability, arising, in whole or in part, out of:

A. Any infringement upon or dilution of copyright, trademark, patent, title, slogan, service mark, service name or trade dress, whether or not pertaining to or alleged in conjunction with any "advertisement";

B. Any invasion or infringement of or interference with the right of privacy or publicity including, but not limited to, intrusion, public disclosure of private facts, unwarranted or wrongful publicity, false light or the use of any name or likeness for profit;

C. Plagiarism or misappropriation of information, trade secrets, any ideas or style of doing business;

D. "Unfair competition" as defined by statute or common law, whether or not pertaining to or alleged in conjunction with a claim of plagiarism, misappropriation of any information or ideas, piracy, any "advertisement," infringement or dilution of copyright, title, slogan, trademark, trade name, trade dress, service mark, or service name.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein. (The information below is required only when this endorsement is issued subsequent to preparation of this policy).

Policy Number: CIP406175

Named Insured: TRIANGLE CONSTRUCTION

Endorsement Effective Date: 03/19/2020

ENDORSEMENT

This Endorsement Changes the Policy –Please Read it Carefully

# PRIMARY AND NON-CONTRIBUTING INSURANCE
## (Sole Negligence)

This endorsement modifies coverage provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to Section IV –Commercial General Liability Conditions, Paragraph 4:

Section IV:  Commercial General Liability Conditions

4.  Other Insurance:

    d.    Specifically and solely for the Third-Party shown below, notwithstanding the provisions of sub-paragraphs a, b, and c of this paragraph, it is hereby agreed that in the event of any "suit" where the damages are caused by the insured's sole negligence, this insurance shall be primary and any other insurance maintained by the additional insured named as the Third Party below shall be excess and non-contributory.

The Third-Party to whom this endorsement applies is:
ANY PARTY FOR WHOM THE INSURED IS PERFORMING SERVICES, AT A SPECIFIED PROJECT SET FORTH IN
A WRITTEN CONTRACT, THAT: (1) HAS BEEN SIGNED BY ALL PARTIES, INCLUDING THE NAMED INSURED
AND THE PARTY SEEKING COVERAGE UNDER THIS ENDORSEMENT; AND (2) HAS BEEN ENTERED INTO BEFORE
ANY LOSS HAS OCCURRED.

Any coverage provided pursuant to this endorsement shall be subject to all other terms, conditions, exclusions and endorsements of the policy to which this form is attached.

The endorsement is effective on the inception date of the policy unless otherwise stated below.

Policy Number:  CIP406175

Named Insured: TRIANGLE CONSTRUCTION
                   DANIEL BEN CURTIS, DBA:
Endorsement Effective Date:  03/ 19/ 2020

AF001397 07/ 16                                               Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# DAMAGE TO PREMISES RENTED TO YOU LIMITATION – FIRE LEGAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 03/ 19/ 2020 | 03/ 19/ 2021 |
| Endorsement Effective | Policy Number<br>CIP406175 | |
| Named Insured<br>TRIANGLE CONSTRUCTION | | |

A.  The following language from **Exclusion 2.j.** of  **SECTION I COVERAGES –  COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted:

" Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage"(other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage to Premises Rented to You as described in Section III - Limits of Insurance."

B.  Reference in the **Declarations to Damage To Premises Rented To You Limit** is changed to read Fire Legal Liability Limit.

C.  Paragraph 6. Of **SECTION III – LIMITS OF INSURANCE**, is deleted and replaced with the following:

6.      Subject to 5. Above, the **Fire Legal Liability Limit** is the most we will pay under Coverage **A** for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 03/ 19/ 2020 | 03/ 19/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP406175 | |
| Named Insured:  TRIANGLE CONSTRUCTION | | |
| DANIEL BEN CURTIS, DBA: | | |

**AMENDMENT OF NONPAYMENT CANCELLATION CONDITION**

Wherever a Cancellation Condition for nonpayment of premium is found in the policy, the following is added:

If the insured failed to pay premium charged on a prior policy we issued and payment was due during the current renewal policy term, we may cancel this policy by mailing or delivering to the first Named Insured and mortgagee, if any, written notice of cancellation at least ten (10) days before the effective date of cancellation.

# EXCLUSION-DESIGNATED OPERATIONS-
# STATE OF MISSOURI

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM- COVERAGE FOR
OPERATIONS OF DESIGNATED CONTRACTOR
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM
GARAGE LIABILITY COVERAGE FORM
PROFESSIONAL LIBILITY COVERAGE PART
NON-PROFIT DIRECTORS AND OFFICERS & EMPLOYMENT PRACTICES COVERAGE PARTS

This Insurance does not apply to "bodily injury" "property damage", and/ or "personal and advertising injury", arising out of any ongoing operations or completed operations that take place in the State of Missouri. There shall be no duty to defend or indemnify any insured in connection with any "occurrence", claim, demand, cause of action, or "suit" arising under the laws of the State of Missouri or out of any ongoing operations or completed operations that take place in the State of Missouri.

However, this exclusion will not apply if, during the entirety of all policy periods with us, all of the following conditions apply:

1.  The named insured's principal place of business is located in a state other than Missouri; and

2.  The named insured's location of domicile and mailing address is located in a state other than Missouri.

If either of the conditions listed above does not apply, this coverage exclusion applies in its entirety.

# EXCLUSION-DESIGNATED OPERATIONS-
# STATE OF NEW YORK

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM

This Endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

This Insurance does not apply to "bodily injury", "property damage", and/ or "personal and advertising injury", arising out of any ongoing operations or completed operations that take place in whole or in part in the State of New York.  There shall be no duty to defend or indemnify any insured in connection with any "occurrence", claim, demand, cause of action, or "suit" arising under the laws of the State of New York or out of any ongoing operations or completed operations that take place in whole or in part in the State of New York.

# EXCLUSION-DESIGNATED OPERATIONS-
# STATE OF WASHINGTON

This Endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM- COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM
GARAGE LIABILITY COVERAGE FORM
PROFESSIONAL LIBILITY COVERAGE PART
NON-PROFIT DIRECTORS AND OFFICERS & EMPLOYMENT PRACTICES COVERAGE PARTS

This Endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

This Insurance does not apply to "bodily injury", "property damage", and/ or "personal and advertising injury", arising out of any ongoing operations or completed operations that take place in whole or in part in the State of Washington.  There shall be no duty to defend or indemnify any insured in connection with any "occurrence", claim, demand, cause of action, or "suit" arising under the laws of the State of Washington or out of any ongoing operations or completed operations that take place in whole or in part in the State of Washington.

ENDORSEMENT

This Endorsement Changes the Policy –Please read it Carefully

## AMERICANS WITH DISABILITIES ACT AND DISCRIMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      PRODUCTS COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, claim, demand or cause of action arising, in whole or part, out of any claim under: (1) the Americans with Disability Act (ADA) or its state counterparts; or (2) any other federal, state, county, municipal or local law barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parental status, mental disability or physical disability.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The endorsement effective date below is only required when this endorsement is issued subsequent to the preparation of the policy.)

Policy Number: CIP406175

Named Insured:  TRIANGLE CONSTRUCTION

Endorsement Effective Date: 03/19/2020

_____
Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL CANNABIS AND RELATED PRODUCTS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, " bodily injury", "property damage", "personal and advertising injury", demand or cause of action arising, in whole or part, out of any claim that is any way related to the sale, consumption, use or any exposure, of any kind, to:

1.  Marijuana
2.  "Cannabis"
3.  Any product that contains any:
    A.  Marijuana;
    B.  Tetrahydrocannabinol (THC)
    C.  "Cannabis";
    D.  Hemp; or
    E.  Any derivatives of paragraphs A through D above.

For the purposes of this endorsement, the following definition applies:


"Cannabis" means:


1. Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

2. Paragraph 1. above includes, but is not limited to, any of the following containing such THC or cannabinoid:

   a) any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

   b) Any compound, byproduct, extract, derivative, mixture or combination, such as:

      (1) Resin, oil or wax;

      (2) Hash or hemp; or

      (3) Infused liquid or edible cannabis;

      whether or not derived from any plant or part of any plant set forth in Paragraph **2.a.**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# REMOVAL OF ASSAULT AND BATTERY EXCLUSION FROM COMBINED COVERAGE AND EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMBINED COVERAGE AND EXCLUSION ENDORSEMENT AF 001 007

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date<br>03/ 19/ 2020 | Expiration Date<br>03/ 19/ 2021 |
|---|---|---|
| Endorsement Effective | Policy Number<br>CIP406175 | |
| Named Insured   TRIANGLE CONSTRUCTION<br>DANIEL BEN CURTIS, DBA: | | |

This insurance is amended as follows:

The **ASSAULT AND BATTERY EXCLUSION**, in the Combined Coverage and Exclusion Endorsement AF 001 007, is deleted.

_____
Authorized Representative              Date

EXHIBIT D - PAGE 76

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLASSIFICATION LIMITATION

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 03/ 19/ 2020 | 03/ 19/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP406175 | |
| Named Insured  TRIANGLE CONSTRUCTION  DANIEL BEN CURTIS, DBA: | | |

Coverage under this policy is specifically limited to, and applies only to those classifications as described under the applicable Coverage Part or Schedule designated in the Declarations Page of this policy.

This policy excludes coverage for any operation not specifically listed in the Coverage Part, Schedule or Declarations Page of this policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NEW CONSTRUCTION RESIDENTIAL EXCLUSION

In consideration of the premium charged, it is understood and agreed that no coverage exists and no duty to defend is provided for:

Any and all claims, including but not limited to, claims for bodily injury, property damage or personal and advertising injury, arising out of, related to, caused by or associated with, in whole or in part, the new construction of residential properties, including but not limited to, single family dwellings, duplexes, three and four family dwellings, townhomes or condominiums. This includes any and all appurtenances at any properties referenced in this endorsement including, but not limited to, clubhouses, detached garages, detached buildings and swimming pools.

This exclusion applies to any operations that occur:
1. Prior to the inception of this policy;
2. During this policy term; or
3. Prior to the inception of this policy and continues during the policy term.

For purposes of this endorsement:
New construction means operations that involve the original construction of a building or building unit.

This endorsement would not apply to:
1. Any apartment buildings;
2. Any mobile homes; or
3. Any operations in the States listed below:

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein. (The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number: CIP406175

Named Insured: TRIANGLE CONSTRUCTION
DANIEL BEN CURTIS, DBA:

Endorsement Effective Date: 03/ 19/ 2020

_____
Authorized Representative

AF33515A 05-14                                                                 Page 1 of 1

**EXHIBIT D - PAGE 78**

ENDORSEMENT

This Endorsement Changes the Policy – Please read it Carefully

# SUBSIDENCE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS COMPLETED OPERATIONS LIABILITY COVERAGE PART
BUSINESS OWNERS LIABILITY COVERAGE FORM
PROFESSIONAL LIABILITY COVERAGE PART

This insurance does not apply and there shall be no duty to defend or indemnify any insured for any "occurrence", "suit", liability, claim, demand or cause of action arising, in whole or part, out of any "earth movement." This exclusion applies whether or not the "earth movement" arises out of any operations by or on behalf of any insured.

"Earth movement" includes, but is not limited to, any earth sinking, rising, settling, tilting, shifting, slipping, falling away, caving, erosion, subsidence, mud flow or any other movements of land or earth.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The endorsement effective date below is only required when this endorsement is issued subsequent to the preparation of the policy.)

Policy Number:  CIP406175

Named Insured: TRIANGLE CONSTRUCTION

Endorsement Effective Date:  03/ 19/ 2020

_____
Authorized Representative

ENDORSEMENT

**This Endorsement Changes The Policy. Please Read It Carefully.**

# AMENDMENT OF SECTION IV - CONDITIONS
# ADDITIONAL CONDITIONS - SECTION IV - CONDITIONS

This endorsement modifies insurance provided under the following Coverage Forms:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/ COMPLETED OPERATIONS COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM  -
COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR**

**A.**   The following changes are made to the **COMMERCIAL GENERAL LIABILITY COVERAGE** and the **PRODUCTS/ COMPLETED OPERATIONS COVERAGE FORMS:**

**I.**   The following is added to **Condition 4. - Other Insurance** in **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** of the **COMMERCIAL GENERAL LIABILITY COVERAGE** and the **PRODUCTS/ COMPLETED OPERATIONS COVERAGE FORMS:**

**Excess Provision - Vendors**

The coverage afforded the insured under this Coverage Form will be excess over any valid and collectible insurance available to the insured as an additional insured under a policy issued to a manufacturer or distributor for products manufactured, sold, handled or distributed.

**II.**   **Paragraph 5. Premium Audit** is replaced by the following:

**5.   Premium Audit**

**a.**   We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.**   The Minimum and Advance Premium shown on the Common Declarations page is the Advance Premium for the full policy term applicable to this policy. At the close of each audit period, we will compute the Earned Premium for that period.  Audit Premiums are due and payable to us on notice to the first Named Insured.  If the Audit Premium is less than the Minimum and Advance Premium, the Minimum and Advance Premium will apply with no return to you. For purposes of this policy, the terms Advance Premium, Audit Premium, Earned Premium and Minimum Premium are defined as follows:
**Advance Premium** - The premium that is stated on the Common Declarations page and payable in full by the first Named Insured at the inception of the policy.
**Audit Premium** - The premium that is developed by calculating the difference between the Advance Premium and the Earned Premium.
**Earned Premium** - The premium that is developed by applying the rate(s) scheduled in the policy to the actual premium basis for the policy period.
**Minimum Premium** - The lowest premium for which this insurance will be written for the policy period.

**c.**   In no event will the final premium retained by us be less than the Minimum and Advance Premium shown on the Common Declarations of this policy. If no other premium is designated specifically as a Minimum and Advance Premium, the Minimum and Advance Premium shown on the Common Declarations is the Minimum and Advance.  Such minimum is subject to the short rate or pro rate adjustment according to policy provisions in case of cancellation of the policy.

**EXHIBIT D - PAGE 80**

     **d.**   The policy is also subject to a Minimum Earned Premium of __25__ % of the Minimum and Advance premium shown on the Common Declarations of this policy. Such Minimum Earned Premium is not subject to pro rate or short rate adjustment in the event of cancellation by you and we shall retain no less than the Minimum Earned premium regardless of the policy term. Cancellation of the policy for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby invoking the Minimum Earned Premium, unless short rate calculation earns for us.

**III.**   The following Condition is added to **SECTION IV - CONDITIONS:**

    **Premium Financing/ Cancellation of Financed Policy**

    **a.**   When we receive notification that the premium for this policy has been advanced by a premium financed company, we will acknowledge receipt of the premium finance agreement to the finance company on our form, when requested, but we will not amend or extend this policy.

    **b.**   When we otherwise become aware that you financed all or part of this policy's premium, regardless or whether or not we receive a notice of premium financing, we will not be bound, as respects coverage we provide, by the terms of your finance agreement. This policy alone governs coverage.

    **c.**   When you sign a premium finance agreement, by the terms of the agreement, you may be giving the premium finance company the right, under certain conditions, to cancel this policy on your behalf. When we receive notice of cancellation from the finance company, we will recognize their request for termination of this insurance and we will pay any return premium due as directed by the premium finance company. In the absence of statutes to the contrary, non-payment to a premium finance company shall be considered the same as if the first Named Insured canceled the policy. The return premium will be calculated on a short rate basis. The premium finance company will usually require the payment of any return premium be made directly to them and we will honor that request unless applicable law requires otherwise. Any requested termination date set by the premium finance company that conflicts with other policy provisions or other operation of law, is subject to both the policy provisions and applicable law. You must resolve any resulting premium difference directly with the finance company.

    **d.**   The Minimum Earned Premium described in Condition **5.**, Item **d.** above may not be financed as it is not refundable.

All other terms and conditions of this policy remain unchanged.

**B.**   The following changes are made to the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR:**

**I.**   The following changes are made to **SECTION IV - CONDITIONS:**

    **a.**  Paragraph **9. Premiums** is replaced by the following:

       **9. Premiums**

       The "contractor" or the first Named Insured:

       **a.**   Is responsible for the payment of all premiums; and

       **b.**   Will be the payee for any return premiums we pay.

**b.** Paragraph **10. Premium Audit** is replaced by the following:

**10. Premium Audit**

  **a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

  **b.** The Minimum and Advance Premium shown on the Common Declarations page is the Advance Premium for the full policy term applicable to this policy. At the close of each audit period, we will compute the Earned Premium for that period.  Audit Premiums are due and payable to us on notice to the first Named Insured.  If the Audit Premium is less than the Minimum and Advance Premium, the Minimum and Advance Premium will apply with no return to you. For purposes of this policy, the terms Advance Premium, Audit Premium, Earned Premium and Minimum Premium are defined as follows:
  **Advance Premium** - The premium that is stated on the Common Declarations page and payable in full by the first Named Insured at the inception of the policy.
  **Audit Premium** - The premium that is developed by calculating the difference between the Advance Premium and the Earned Premium.
  **Earned Premium** - The premium that is developed by applying the rate(s) scheduled in the policy to the actual premium basis for the policy period.
  **Minimum Premium** - The lowest premium for which this insurance will be written for the policy period.

  **c.** In no event will the final premium retained by us be less than the Minimum and Advance Premium shown on the Common Declarations of this policy. If no other premium is designated specifically as a Minimum and Advance Premium, the Minimum and Advance Premium shown on the Common Declarations is the Minimum and Advance.  Such minimum is subject to the short rate or pro rate adjustment according to policy provisions in case of cancellation of the policy.

  **d.** The policy is also subject to a Minimum Earned Premium of _25___ % of the Minimum and Advance premium shown on the Common Declarations of this policy. Such Minimum Earned Premium is not subject to pro rate or short rate adjustment in the event of cancellation by you and we shall retain no less than the Minimum Earned premium regardless of the policy term. Cancellation of the policy for non-payment of premium shall be deemed a request by you for cancellation of this policy thereby invoking the Minimum Earned Premium, unless short rate calculation earns for us more than the Minimum Earned Premium. If no percentage appears above, then the Minimum Earned Premium percentage as shown on the Common Declarations page will apply.

  **e.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**II.** The following Condition is added to **SECTION IV - CONDITIONS:**

Premium Financing/ Cancellation of Financed Policy

  **a.** When we receive notification that the premium for this policy has been advanced by a premium financed company, we will acknowledge receipt of the premium finance agreement to the finance company on our form, when requested, but we will not amend or extend this policy.

  **b.** When we otherwise become aware that you financed all or part of this policy's premium, regardless or whether or not we receive a notice of premium financing, we will not be bound, as respects coverage we provide, by the terms of your finance agreement. This policy alone governs coverage.

**c.** When you sign a premium finance agreement, by the terms of the agreement, you may be giving the premium finance company the right, under certain conditions, to cancel this policy on your behalf. When we receive notice of cancellation from the finance company, we will recognize their request for termination of this insurance and we will pay any return premium due as directed by the premium finance company. In the absence of statutes to the contrary, non-payment to a premium finance company shall be considered the same as if the first Named Insured canceled the policy. The return premium will be calculated on a short rate basis. The premium finance company will usually require the payment of any return premium be made directly to them and we will honor that request unless applicable law requires otherwise. Any requested termination date set by the premium finance company that conflicts with other policy provisions or other operation of law, is subject to both the policy provisions and applicable law. You must resolve any resulting premium difference directly with the finance company.

**d.** The Minimum Earned Premium described in Condition **5.**, Item **d.** above may not be financed as it is not refundable.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number:  CIP406175

Named Insured:  TRIANGLE CONSTRUCTION
DANIEL BEN CURTIS, DBA:

Endorsement Effective Date:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTERIOR INSULATION AND FINISH SYSTEM (EIFS) AND DRYWALL EMISSION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM -    COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Number | Inception Date | Expiration Date |
|---|---|---|
| | 03/ 19/ 2020 | 03/ 19/ 2021 |
| Endorsement Effective | Policy Number | |
| | CIP406175 | |
| Named Insured   TRIANGLE CONSTRUCTION   DANIEL BEN CURTIS, DBA: | | |

A.    The following **Exclusion** is added to Part **2.**, **Exclusions** of **Coverage A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** of **SECTION 1 – COVERAGES** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**, Part **2. Exclusions** of the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR**.

**Exterior Insulation And Finish System (EFIS) Or Drywall Emissions**

This insurance does not apply to any "bodily injury" "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1.    The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement of any "exterior insulation and finish system"or emissions that would emit from any drywall or any part thereof or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealants in connection with such a system or drywall;

2.    Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" or drywall is used on any part of that structure; or

This exclusion applies to "work" or "your work" as described in the above Paragraphs **1.** or **2.** that is performed by you or on your behalf.

**B.**     For the purposes of this endorsement, an "exterior insulation and finish system" (also known as synthetic stucco) means a non-load bearing exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

1.     Rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

2.     The adhesive or mechanical fasteners used to attach the insulation board to the substrate;

3.     A reinforced base coat;

4.     A finish coat providing surface texture and color; and

5.     Any flashing, caulking or sealant used with the system for any purpose.

All other terms and conditions of this policy remain unchanged.

# ABSOLUTE SILICA OR SILICA-RELATED DUST EXCLUSION

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ABSOLUTE SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM

**A.**  The following **Exclusion** is added to Part **2. Exclusions** of SECTION 1 - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY and COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**, Part **2. Exclusions** of SECTION 1 - COVERAGES, BODILY INJURY AND PROPERTY DAMAGE LIABILITY of the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM** and **B. Exclusions** of SECTION II - LIABILITY COVERAGE of the **GARAGE COVERAGE FORM**:

**Absolute Silica Or Silica-Related Dust Exclusion**

"Bodily injury", "property damage", or "personal and advertising injury" arising out of the mining, manufacture, handling, use, ingestion, inhalation, absorption, distribution, sale, existence, abatement, "enclosure", "encapsulation" or removal of "silica" or "silica-related dust" in any form.

We have no duty to defend you or to investigate any "occurrence", "offense" or "suit" against you, which arises out of "silica", or "silica-related dust" in any form.  If you investigate or defend any such "occurrence", "offense" or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of silica or silica-related dust; or

Any loss, cost or expense arising out of any claim or suit on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of silica or silica-related dust.

**B.**  This Endorsement shall not serve to increase our Limits of Insurance, as described in **SECTION III - LIMITS OF INSURANCE** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** and the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM** and Part **C. Limit of Insurance** in **SECTION II - LIABILITY COVERAGE** of the **GARAGE COVERAGE FORM**.

**C.**  For the purpose of this endorsement, the following **DEFINITIONS** are added:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.
2. "Silica-related dust" means a mixture or combination of "silica" and other dust or particles.
3. "Encapsulant" means a substance applied directly to the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance, either by creating a membrane over the surface or by penetrating the material or substance and binding its components together.
4. "Encapsulation" means the coating of the surface of a material or substance with an "encapsulant" to prevent the discharge, dispersal, release or escape of any part of that material or substance.
5. "Enclosure" means those procedures and operations (excluding "encapsulation") required to construct an airtight, impermeable wall, ceiling or other permanent barrier around the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance.

All other terms, conditions and exclusions included in this policy are applicable to this Endorsement and will remain unchanged.

This Endorsement is effective on the inception date of this policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy).

Policy Number:  CIP406175

Named Insured:  TRIANGLE CONSTRUCTION
                DANIEL BEN CURTIS, DBA:
Endorsement Effective Date: 03/ 19/ 2020

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

  **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 2012

**EXHIBIT D - PAGE 88**

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Copyright, Insurance Services Office, Inc., 2012

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.** **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.** **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 Copyright, Insurance Services Office, Inc., 2012

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

   **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   **a.** **Knowing Violation Of Rights Of Another**

   "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   **b.** **Material Published With Knowledge Of Falsity**

   "Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

   **c.** **Material Published Prior To Policy Period**

   "Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

   **d.** **Criminal Acts**

   "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

   **e.** **Contractual Liability**

   "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   **f.** **Breach Of Contract**

   "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

   **g.** **Quality Or Performance Of Goods - Failure To Conform To Statements**

   "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

   **h.** **Wrong Description Of Prices**

   "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

Copyright, Insurance Services Office, Inc., 2012

**i.  Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.  Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

   We will not pay expenses for "bodily injury":

   a. **Any Insured**

      To any insured, except "volunteer workers".

   b. **Hired Person**

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. **Workers' Compensation And Similar Laws**

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   e. **Athletics Activities**

      To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   f. **Products-Completed Operations Hazard**

      Included within the "products-completed operations hazard".

   g. **Coverage A Exclusions**

      Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", in cluding actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

Copyright, Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Copyright, Insurance Services Office, Inc., 2012

2.  Each of the following is also an insured:

    a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1)  "Bodily injury" or "personal and advertising injury":

            (a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b)  To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            (c)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            (d)  Arising out of his or her providing or failing to provide professional health care services.

        (2)  "Property damage" to property:

            (a)  Owned, occupied or used by;

            (b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

            you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b.  Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c.  Any person or organization having proper temporary custody of your property if you die, but only:

        (1)  With respect to liability arising out of the maintenance or use of that property; and

        (2)  Until your legal representative has been appointed.

    d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b.  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c.  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage **C**;

    b.  Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c.  Damages under Coverage **B**.

Copyright, Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

Copyright, Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

Copyright, Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 2012

CG 00 01 04 13

**EXHIBIT D - PAGE 103**

POLICY NUMBER: CIP406175

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $500 | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1.** **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2.** **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

1

**CG 03 00 01 96**          Copyright, Insurance Services Offices, Inc., 1994

Hart Forms & Services
Reorder No. 14-2180

**EXHIBIT D - PAGE 104**

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

    **2.** Your duties in the event of an "occurrence", claim, or "suit"

    apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   **a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

Copyright, Insurance Services Office, Inc., 2012

**EXHIBIT D - PAGE 106**

2. "Bodily injury" or "property damage" occurring after:

    a. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    b. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C. With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement you have entered into with the additional insured; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 Copyright, Insurance Services Office, Inc., 2012 CG 20 33 04 13

**EXHIBIT D - PAGE 107**

COMMERCIAL GENERAL LIABILITY
CG 21 07 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

    **2. Exclusions**

    This insurance does not apply to:

    **p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

    Damages arising out of:

    **(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

    **(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

    This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

    As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **Access Or Disclosure Of Confidential Or Personal Information**

    "Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

    This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

POLICY NUMBER: CIP406175

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

All Owner Controlled Insurance Programs regardless of location, whether reported to Atain Specialty Insurance Company or not.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

**CG 21 54 01 96**          Copyright, Insurance Services Office, Inc., 1994          **Page 1 of 1**

**EXHIBIT D - PAGE 109**

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Copyright, ISO Properties, Inc., 2003
INSURED

COMMERCIAL GENERAL
LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:
This insurance does not apply to:
**TERRORISM**
"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:
  **1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

  **2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:
    **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

POLICY NUMBER: CIP406175

COMMERCIAL GENERAL LIABILITY
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

| Name Of Person Or Organization: |
| --- |
| ANY PERSON OR ORGANIZATION WITH WHOM THE INSURED HAS AGREED TO WAIVE RIGHTS OF RECOVERY, PROVIDED SUCH AGREEMENT IS MADE IN WRITING AND PRIOR TO THE LOSS. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV - Conditions:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

**EXHIBIT D - PAGE 112**

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL  LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 Copyright, Insurance Services Office, Inc., 2012

**EXHIBIT D - PAGE 113**

POLICY NUMBER:    CIP406175

**COMMERCIAL GENERAL LIABILITY**
CG 25 03 05 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED CONSTRUCTION PROJECT(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Designated Construction Project(s):** |
| LOCATIONS AS REQUIRED BY SPECIFIC WRITTEN CONTRACT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A**, and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

    **1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

    **2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

        **a.** Insureds;

        **b.** Claims made or "suits" brought; or

        **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** - Coverage **A**, and for all medical expenses caused by accidents under Section **I** - Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

  **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

  **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section **III** - Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

Copyright, Insurance Services Office, Inc., 2008

CG 25 03 05 09
**EXHIBIT D - PAGE 115**